| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>HEATHER RICHARDSON, SBN 246517<br>  hrichardson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendant UBER TECHNOLOGIES, INC. | LICHTEN & LISS-RIORDAN, P.C.<br>SHANNON LISS-RIORDAN, SBN 310719<br>  sliss@llrlaw.com<br>ADELAIDE PAGANO, *pro hac vice*<br>  apagano@llrlaw.com<br>ANNE KRAMER, SBN 315131<br>  akramer@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>Attorneys for Plaintiff<br>THOMAS COLOPY, individually and on behalf of all others similarly situated |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COLOPY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>  Defendant. | CASE NO. 3:19-cv-06462-EMC<br><br>**STIPULATION AND ORDER TO SET DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND**<br><br>Hon. Edward M. Chen |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO SET DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND – CASE NO. 3:19-CV-06462-EMC

Pursuant to Civil Local Rule 7-12, Uber Technologies, Inc. ("Defendant") and Thomas Colopy ("Plaintiff") (together with Defendant, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Class Action Complaint on October 8, 2019 (Dkt. 1);

WHEREAS, Defendant filed a Motion to Dismiss and Motion to Strike Plaintiff's Class Action Claims ("Motion to Dismiss") on October 18, 2019 and which the Parties fully briefed for the Court (See Dkts. 11, 20, 22);

WHEREAS, the Court held a hearing on Defendant's Motion to Dismiss on November 21, 2019 (Dkt. 27);

WHEREAS, the Court issued an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss and Denying Defendant's Motion to Strike on December 16, 2019, dismissing Counts 4 and 5 of Plaintiff's Complaint but giving Plaintiff leave to amend (Dkt. 30);

WHEREAS, Plaintiff intends to file an amended complaint pursuant to the Court's Order; and

WHEREAS, Plaintiff agrees to file his First Amended Complaint by January 3, 2020 and Defendant agrees to file its response by February 3, 2020.

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

| Plaintiff's deadline to file his First Amended Complaint | Friday, January 3, 2020 |
|---|---|
| Defendant's deadline to respond to Plaintiff's First Amended Complaint | Monday, February 3, 2020 |

**IT IS SO STIPULATED.**

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| Dated: December 20, 2019 | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Theane D. Evangelis* <br> Theane D. Evangelis <br> Attorneys for Defendant <br> UBER TECHNOLOGIES, INC. |
| Dated: December 20, 2019 | LICHTEN & LISS-RIORDAN, P.C. |
| | By: */s/ Shannon Liss-Riordan* <br> Shannon Liss-Riordan <br> Attorneys for Plaintiff THOMAS COLOPY, <br> individually and on behalf of all others similarly situated |

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER TO SET DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND – CASE NO. 3:19-CV-06462-EMC

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __December 23__, 2019

_____
The Honorable Edward M. Chen
United States District Judge