SHANNON LISS-RIORDAN, SBN 310719
(sliss@llrlaw.com)
ANNE KRAMER, SBN 315131
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:     (617) 994-5801

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER JAMES and SPENCER VERHINES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 3:19-cv-06462-EMC<br>CASE NO. 3:20-cv-01886-EMC<br><br>**DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Edward M. Chen<br><br>Hearing:   July 23, 2020<br>Time:       1:30 p.m.<br>Courtroom:  5 |

1

I, Shannon Liss-Riordan, hereby declare:

1. I am a partner at the law firm of Lichten & Liss-Riordan, P.C., and lead counsel for the Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the information set forth herein.

2. Attached hereto as **Exhibit 1** is a copy of Uber's Platform Access Agreement ("PAA"), last updated January 6, 2020. A copy of the 2020 PAA is located at https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Uber%20Platform%20Access%20Agreement%20January%206%2C%202020.pdf (last accessed May 19, 2020).

3. Attached hereto as **Exhibit 2** is a copy of Uber's Fare Addendum, last updated January 6, 2020. A copy of the 2020 Fare Addendum is located at https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Uber%20Fare%20Addendum%20January%206%2C%202020.pdf (last accessed May 19, 2020).

4. Attached hereto as **Exhibit 3** is a copy of Uber's 2019 Technology Services Agreement (last updated Nov. 25, 2019), as submitted by Uber in Verhines v. Uber Technologies, Case No. 3:20-cv-01886-EMC, Dkt. 29-1, and a copy of Uber's 2015 Technology Services Agreement (last updated Dec. 11, 2015), as submitted by Uber in Colopy v. Uber Technologies, Case No. 3:19-cv-06462-EMC, Dkt. 12-1.

5. Attached hereto as **Exhibit 4** is a screenshot of the Uber Driver Sign-Up page, located at https://www.uber.com/us/en/drive/, from February 28, 2020.

6. Attached hereto as **Exhibit 5** is a screenshot of the Uber Ride Page, located at https://www.uber.com/us/en/ride/, from February 28, 2020.

7. Attached hereto as **Exhibit 6** is a screenshot of the Uber Driver Requirements, located at https://www.uber.com/us/en/drive/requirements/, from February 28, 2020.

8. Attached hereto as **Exhibit 7** is a screenshot of Uber's About Us, located at https://www.uber.com/us/en/about/, from February 28, 2020.

9. Attached hereto as **Exhibit 8** is a screen shot of "A letter from Dara Khowsroshahi, Chief

2

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 3:19-cv-06462-EMC; CASE NO. 3:20-cv-01886-EMC

Executive Officer," located at https://investor.uber.com/a-letter-from-our-ceo/?_ga=2.95437019.636220628.1582904884-837280644.1582904884&_gac=1.174272150.1582904902.EAIaIQobChMI3Jfdocz05wIVmJOzCh1_ZQ3eEAAYASAAEgKeYvD_BwE, from February 28, 2020.

10. Attached hereto as **Exhibit 9** is a print-out of Dara Kerr, *Uber Wants to Be the "Amazon of Transportation"* CNET, September 6, 2018, https://www.cnet.com/news/uber-wants-to-be-the-amazon-of-transportation/.

11. Attached hereto as **Exhibit 10** is a screenshot of the home page for Uber coronavirus, as it appeared on May 11, 2020, located at https://www.uber.com/us/en/coronavirus/.

12. Attached hereto as **Exhibit 11** is a screenshot from Uber's Community Guidelines, as it appeared on May 19, 2020, located at https://www.uber.com/legal/en/document/?name=general-community-guidelines&country=united-states&lang=en.

13. Attached hereto as **Exhibit 12** is a screenshot of *Improving Your Acceptance Rate*, from Uber's Driver Support FAQ, as it appeared on May 19, 2020, located https://help.uber.com/driving-and-delivering/article/improving-your-acceptance-rate?nodeId=d773e610-768b-478f-80be-089e04a11a19.

14. Attached hereto as **Exhibit 13** is a screenshot of *Your Account Has Been Deactivated*, from Uber's Driver Support FAQ, as it appeared on May 19, 2020, located at https://help.uber.com/driving-and-delivering/article/your-account-has-been-deactivated?nodeId=868add8a-f584-4612-aa64-3f3d122ed0d2.

15. Attached hereto as **Exhibit 14** is a print-out of the article by Monica Lam, *Sheltering in Place: What you Need to Know*, KQD, March 16, 2020, located at https://www.kqed.org/news/11806988/sheltering-in-place-what-you-need-to-know (last accessed May 11, 2020).

16. Attached hereto as **Exhibit 15** is a true and correct copy of a Boston Globe article titled, "Lawyer Fights for Low Wage Workers' Rights", BOSTON GLOBE (Dec. 23, 2012).

3

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 3:19-cv-06462-EMC; CASE NO. 3:20-cv-01886-EMC

17. Each year since 2008, I have been selected for inclusion in Best Lawyers in America (Chambers). Our firm, and my law partner and I have consistently been ranked in recent years in the top tier for our practice area.  The 2013 edition referred to me as "*the reigning plaintiffs' champion*", and the 2015 edition said I am "*probably the best known wage class action lawyer on the plaintiff side in this area, if not the entire country*".

18. Attached hereto as **Exhibit 16** is a true and correct copy of a San Francisco Magazine article by Diana Kapp titled, "Uber's Worst Nightmare" SAN FRANCISCO MAGAZINE (May 18, 2016).

19. Attached hereto as **Exhibit 17** is a true and accurate copy of an excerpt of page 11 of the transcript from the April 22, 2020, hearing in this case.

20. Attached hereto as **Exhibit A** is a true and correct copy of Johnson v. VCG-IS, LLC Case No. 30-2015-00802813 (Cal. Super. Ct. Sept. 5, 2018), Ruling on Summary Judgment.

21. Attached hereto as **Exhibit B** is a true and accurate copy of Da Costa v. Vanguard Cleaning Sys., Inc., Middlesex C.A. No. 15-04743 (Mass. Super. Sept. 29, 2017)

22. Attached hereto as **Exhibit C** is a true and correct copy of Meier v. MasTec North America, Inc., Hampden C.A. No. 13-448 (Mass. Super. Ct. Jan. 6, 2015).

23. Attached hereto as **Exhibit D** is a true and correct copy of Simmons v. Kilnapp Enterprises, Inc., Essex C.A. No. 13-551 (Mass. Super. Ct. June 13, 2014).

24. Attached hereto as **Exhibit E** is a true and correct copy of Raposa v. Mardi Gras Entertainment, Inc., Hampden C.A. No. 2010-00034 (Mass. Super. Dec. 11, 2013).

25. Attached hereto as **Exhibit F** is a true and correct copy of Vasquez v. Ye Olde Lamplighter II, Inc., Worcester C. A. No. 2011-1610-D (Mass. Super. Nov. 13, 2013).

26. Attached hereto as **Exhibit G** is a true and accurate copy of Driscoll v. Worcester Telegram & Gazette Corp., Worcester Civ. A. No. 2009-00043-E (Mass. Super. Aug. 26, 2013).

27. Attached hereto as **Exhibit H** is a true and correct copy of D'Italia v. Lowe's Home Centers, Inc., Civ. No. 11-4758-BLS1 (Suffolk Super. Ct. December 12, 2012).

4

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 3:19-cv-06462-EMC; CASE NO. 3:20-cv-01886-EMC

28. Attached hereto as **Exhibit I** is a true and correct copy of <u>Cruz v. Manlo Enterprises, Inc. d/b/a Mario's Showplace</u>, Worcester C.A. No. 2010-01931 (Mass. Super. June 10, 2011).

29. Attached hereto as **Exhibit J** is a true and correct copy of <u>Chaves v. King Arthur's Lounge, Inc.</u>, Suffolk C.A. No. 2007-2505 (Mass. Super. July 31, 2009).

30. Attached hereto as **Exhibit K** is a true and accurate copy of <u>Fucci v. Eastern Connection Operating, Inc.</u>, C.A. No. 2008-2659 (Mass. Super. Sept. 21, 2009).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2020, at Brookline, Massachusetts

By: ___*/s/ Shannon Liss-Riordan*___
Shannon Liss-Riordan, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on May 19, 2020, on all counsel of record.

By: */s/ Shannon Liss-Riordan*_____
Shannon Liss-Riordan

5

DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 3:19-cv-06462-EMC; CASE NO. 3:20-cv-01886-EMC