# EXHIBIT 4

Uber    Products    Company    Safety    Help          EN    Log in    Sign up

# Opportunity is everywhere

Make the most of your time on the road on the platform with the largest network of active riders.

## Become a driver

**Sign up to ride**

◉ I have a car      ○ I need a car

**First name**

**Last name**

**Email**

**Password**

**Phone number**

**City you'll drive in**

**Invite code (optional)**

By proceeding, I agree to Uber's Terms of Use and acknowledge that I have read the Privacy Notice.

By proceeding, I am also consenting to receive calls or SMS messages, including by automatic dialer, from Uber and its affiliates to the number I provide. I understand that I may opt out by texting "STOP" to 89203.

By proceeding, I am also agreeing to receive marketing communications



Sign up to drive    Already have an account? Sign in

Earn at least $600 for your first 100 trips in [Enter a city], guaranteed.*

*Must complete trips within 90 days of signup. See additional terms below. Learn more

## Why drive with us



### Set your own hours
You decide when and how often you drive.

### Get paid fast
Choose how and when you want to get paid.

### Get a car if you need one
You can start earning even if you don't have a car.

How driving works

# Earn on your terms



### Earn anytime, anywhere
Fit driving around what matters most. Drive at any time and on any day of the week.

Learn more



### Need a car to earn?
You can get an affordable car by the hour, week, or longer. Cars from our vehicle partners come with insurance, unlimited mileage, and more.[1]

Get a car

# Here's what you need to use the Driver app

**To drive**   To deliver



### Requirements

- Meet the minimum age to drive in your city
- Have at least one year of driving experience
- Clear a background check

### Documents

- Valid driver's license
- Proof of residency in your city, state, or province
- Insurance if you plan to drive your own car

### Signup process

- Submit documents and photo
- Provide information for a background check
- Find out if your car is eligible, or get a car

Get more information

# Safety on the road

Your safety drives us to continuously raise the bar.

Learn more



### Protection on every trip

Each trip you take with the Uber app is



### Help if you need it

The Emergency Button calls 911. The app



### Community Guidelines

Our standards help to create safe

Each trip you take with the Uber app is insured to protect you and your rider.

The Emergency Button calls 911. The app displays your trip details so you can quickly share them with authorities.

Learn more

Our standards help to create safe connections and positive interactions with everyone. Learn how our guidelines apply to you.

Learn more



## The Driver app

Easy to use and reliable, the app was built for drivers, with drivers.

Learn more

# Frequently asked questions

Can I drive with Uber in my city?                                    +

What are the requirements to drive with Uber?                        +

Is the Uber platform safe?                                           +

Do I need my own car?                                                +

Sign up to drive   

Certain requirements and features vary by country, region, and city.

Guarantee offer terms (Applies only in locations where guarantee offers are available): This is a promotional offer and is not a promise or guarantee of future earnings. This offer is available only to new drivers on the Uber app who (i) have never previously signed up to drive or deliver with Uber; (ii) receive this offer directly from Uber and see it in the guarantee tracker of the Uber Driver app; (iii) are cleared to drive with Uber; and (iv) complete the number of trips displayed in the guarantee tracker in the city where they signed up to drive within 90 days of signing up. Offer terms such as number of trips and reward amount may vary by location. The guarantee offer that you see in the app replaces any guarantee amounts Uber previously offered you.

Earnings from your fares and surge (after service fees and certain charges are deducted, such as city or local government charges) are included toward your guarantee offer amount; any tips and/ or other incentives you make are on top of that amount. If you complete the required number of trips within 90 days of signup and you earn less than the guarantee offer amount, then you'll receive the difference.

For example, if your guarantee offer amount is $1,000 and you earn $800 in fares, an additional $100 in tips, and an additional $50 in promotions (for a total of $950), you would receive an additional $200 because your fares didn't meet the guarantee offer amount.

Any offer payment due will be added to your account after you complete the required trips. Each completed pickup and dropoff on UberPool will count as one trip toward your minimum trip requirement. Each required trip must be with a unique rider. Canceled trips do not count. This offer is valid only for those who meet the eligibility requirements associated with this offer. Uber reserves the right to withhold or deduct offer payments that it determines or believes were in error, fraudulent, illegal, or in violation of the driver terms or these terms. Limited-time offer. Offer and terms are subject to change.

[1]Uber is not responsible for the products or services offered by other companies, or for the terms and conditions (including financial terms) under which those products and services are offered.

# Uber

- Help Center
- English (International)
- Boston

Download on the App Store | Get it on Google Play

Do Not Sell My Info (California)

## About us

- Newsroom
- Investor relations
- Global citizenship
- Safety
- Blog
- Careers
- Gift cards

## Products

- Ride
- Drive
- Eat
- Business
- Freight
- Health
- Uber Air
- Uber Works
- Advanced Technologies Group

© 2020 Uber Technologies Inc.    Privacy    Accessibility    Terms

