# EXHIBIT 5

uber.com/us/en/ride/

**Uber**  Products  Company  Safety  Help                    EN    Log in    Sign up

# Always the ride you want

Request a ride, hop in, and go.

**Sign up to ride**





## Why ride with Uber





**Rides on demand**

Get a reliable ride in minutes, at any time and on any day of the year.



**Budget-friendly options**

Compare prices on every kind of ride, from daily commutes to special evenings out.



**An easy way to get around**

Tap and let your driver take you where you want to go, worry-free.

How riding works

# Your safety matters

Peace of mind is designed into every ride.



### Driver screenings

All potential drivers in the US are required to undergo driver and criminal screenings. Existing drivers must consent to annual screenings.



### Community Guidelines

Our standards help to create safe connections and positive interactions with everyone. Learn how our guidelines apply to you.

Learn more



### Help if you need it

In the US, an emergency button in the app lets you call 911 in just one tap. You can also count on 24/7 support for questions or safety concerns.

Learn more about safety

# Ways to ride in the area

**Economy**   Premium   More





UberX  **1-4**

Affordable rides, all to yourself

Pool  **1-2**

Shared rides, door to door

UberXL  **1-6**

Affordable rides for groups up to 6

See all cities

# Everywhere that you travel



700+ cities



600+ airports

## 700+ cities

The app is available in select cities worldwide, so you can count on a ride even when you're far from home.

Search cities

## 600+ airports

You can get a ride to and from most major airports. Schedule a ride to the airport for one less thing to worry about.

Search airports

## The Uber Credit Card

Get more Uber when you use Uber.

Learn more



## Top questions from riders

How do I create an account?                                    +

Is Uber available in my city?                                  +

How do I request a ride?                                       +

Can I use Uber without a smartphone?                           +

Sign up to ride  →

Certain requirements and features vary by country, region, and city.

# Uber

## About us
- Newsroom
- Investor relations
- Global citizenship
- Safety
- Blog
- Careers
- Gift cards

## Products
- Ride
- Drive
- Eat
- Business
- Freight
- Health
- Uber Air
- Uber Works
- Advanced Technologies Group

- Help Center
- English (International)
- Boston

Download on the App Store · Get it on Google Play

Do Not Sell My Info (California)

---

© 2020 Uber Technologies Inc.    Privacy    Accessibility    Terms