# EXHIBIT 6

Uber    Products    Company    Safety    Help                          ⊗ EN    👤 Log in    **Sign up**

# Driver requirements

How to drive with the Uber app

Uber is a great way to be your own boss and earn extra cash. Most folks are eligible to drive on the Uber platform—here's what you need to know.

**Sign up to drive**



## Driver requirements details



### Minimum requirements

There are a few minimum requirements to meet before you can sign up to drive with Uber:

- Meet the minimum age to drive in your city
- Have at least one year of licensed driving experience in the US (3 years if you are under 23 years old)
- Have a valid US driver's license
- Use an eligible 4-door vehicle

### Required documents



For your next step, share the following documentation:

- A valid US driver's license
- Proof of residency in your city, state, or province
- Proof of vehicle insurance if you plan to drive your own car
- A driver profile photo
  - Must be a forward-facing, centered photo including the driver's full face and top of shoulders, with no sunglasses
  - Must be a photo only of the driver with no other subject in the frame, well-lit, and in focus; it cannot be a driver's license photo or other printed photograph



### Driver screening

After signing up, you can complete a screening online. It will review your driving record and criminal history.

Read more about safety

Hit the road

## It's easy to get started

### 1. Sign up in minutes

Tell us about yourself and your car. Vehicle requirements vary by region, so we'll show you what's needed.

Sign up

### 2. Share required documents

We'll need copies of your license, registration, proof of insurance, and some information for a screening.

### 3. Get the app and go

Once you're on the platform, simply log in to the app and start earning money.



# Local vehicle requirements

In addition to the minimum requirements above, each city has its own regulations for vehicles. After you sign up to drive, you'll get more information.

Sign up



### Rent or lease a car

Get a car at an affordable price. There are multiple options and rates exclusively for Uber partners.

See your options

# Ready to make money?

The first step is to sign up

Sign up to drive

The material provided on this web page is intended for informational purposes only and may not be applicable in your country, region, or city. It is subject to change and may be updated without notice.



Uber

Help Center

English (International)

Boston

Download on the App Store

GET IT ON Google Play

Do Not Sell My Info (California)

**About us**

Newsroom

Investor relations

Global citizenship

Safety

Blog

Careers

Gift cards

**Products**

Ride

Drive

Eat

Business

Freight

Health

Uber Air

Uber Works

Advanced Technologies Group

© 2020 Uber Technologies Inc.

Privacy     Accessibility     Terms