# EXHIBIT 7

# We ignite opportunity by setting the world in motion

Good things happen when people can move, whether across town or toward their dreams. Opportunities appear, open up, become reality. What started as a way to tap a button to get a ride has led to billions of moments of human connection as people around the world go all kinds of places in all kinds of ways with the help of our technology.





# A letter from our CEO

Read about our team's commitment to provide everyone on our global platform with the technology that can help them move ahead.

Read Dara's letter

## Rides and beyond

In addition to giving riders a way to get from point A to point B, we're working to bring the future closer with self-driving technology and urban air transport, helping people order food quickly and affordably, removing barriers to healthcare, creating new freight-booking solutions, and helping companies provide a seamless employee travel experience.

How to use the Uber app

Our offerings

## Your safety drives us

Whether you're in the back seat or behind the wheel, your safety is essential. We are committed to doing our part, and technology is at the heart of our approach. We partner with safety advocates and develop new technologies and systems to help improve safety and help make it easier for everyone to get around.

Learn more



## Company info





### Who's driving Uber

We're building a culture within Uber that emphasizes doing the right thing, period, for riders, drivers, and employees. Find out more about the team that's leading the way.

Learn more

### Getting diversity right

It's our goal to create a workplace that is inclusive and reflects the diversity of the cities we serve—where everyone can be their authentic self, and where that authenticity is celebrated as a strength. By creating an environment where people from every background can thrive, we'll make Uber a better company—for our employees and our customers.

Learn more





### Ways to partner with us

We collaborate with companies, brands, and global events to build long-term partnerships. Find out more information about partnering with Uber for Business, Uber Eats, or our Community Impact Initiative.

Learn more

### Responding to government requests for data

Every year, Uber provides an overview of data shared in response to regulatory, airport, and law enforcement requests for information about our ridesharing business. This overview is currently limited to requests from government agencies in the US and Canada.

Learn more

# Keep up with the latest

Newsroom

Get announcements about partnerships, app updates, initiatives, and more near you and around the world.

Learn more

Blog

Find new places to explore and learn about Uber products, partnerships, and more.

Learn more

Investor relations

Download financial reports, see next-quarter plans, and read about our corporate responsibility initiatives.

Learn more

## You've got drive. We've got jobs.

Search open roles



Uber

Help Center

English (International)

Boston

Download on the App Store

GET IT ON Google Play

Do Not Sell My Info (California)

About us

Newsroom

Investor relations

Global citizenship

Safety

Blog

Careers

Gift cards

Products

Ride

Drive

Eat

Business

Freight

Health

Uber Air

Uber Works

Advanced Technologies Group

© 2020 Uber Technologies Inc.

Privacy

Accessibility

Terms