# EXHIBIT 9

Uber wants to be 'the Amazon of transportation' - CNET


**Today's the day for amazing deals.**                                                    INSIGNIA                         Shop

WhatsApp dark mode      Coronavirus      Bentley Mulliner Bacalar      Apple settlement      Final Fantasy 7 Remake

 c|net      BEST PRODUCTS ⌄    REVIEWS ⌄    NEWS ⌄    VIDEO ⌄    HOW TO ⌄    SMART HOME ⌄    CARS ⌄    DEALS ⌄    5G    🌐    🔍        JOIN /

# Uber wants to be 'the Amazon of transportation'

The ride-hailing service rolls out Mode Switch to toggle between car, bike and scooter rides.

**Dara Kerr** 🐦  September 6, 2018 4:41 PM PDT                    ↪    💬 2



Uber adds a new feature called Mode Switch to its home screen.
Uber

When Uber first started, it was all about hailing a car with a phone. Now people can also get food delivery or a bicycle on demand in many cities. Soon, Uber plans to throw scooters in the mix and, eventually, self-driving cars too.

Turns out, this is by design.

"We want to be the Amazon of transportation," Uber CEO Dara Khosrowshahi said during the TechCrunch Disrupt conference in San Francisco on Thursday. "Our core business will be getting you from point A to point B."

To help this effort, the company launched a new feature Thursday called Mode Switch. It's an in-app tool that lets people see what modes of transportation the company offers in that location: cars, bikes or scooters. From there, riders can select what mode they want to use.

Uber has steadily grown over the years to expand its footprint. It's now in more than 600 cities worldwide and has reeled in $14.9 billion in funding,



which is more investment dollars than any other private startup in the world. However, it's still struggling to turn a profit.

Khosrowshahi said Thursday that Uber is on track to go public in 2019. But to do that, the company needs to prove to investors it can make money. It also has to show it can compete with rivals, like Lyft, which beat Uber in launching its own rentable dockless scooters first.

**RELATED STORIES**

**Lyft is rolling out its first electric scooters today**

**Uber moves beyond ride-hailing with new partnerships**

**Uber's U-turn: How the new CEO is cleaning house after scandals and lawsuits**

Ramping up the kinds of transportation services Uber offers around the world and having them all be on one platform will help, Khosrowshahi said. He added that he expects the company to have "extraordinary" growth in the next few years and in 10 years he hopes no one will own their own car.

Uber acquired dockless bicycle rental company Jump in April and has already introduced the bikes to nearly 10 US cities. It also partnered with on-demand car rental service Getaround in April with a new product called Uber Rent that lets people use the Uber app to rent Getaround's cars. And in July, Uber said it was investing in Lime scooters with plans to also offer the rentable vehicles through the Uber app.

"We've made a big bet as a company to move beyond ride sharing," Khosrowshahi wrote in a blog post Thursday. "Our aim is to become a one-stop shop for all your transportation and delivery needs, so that your phone can replace your personal car."

First published Sept. 6, 12:03 p.m. PT.
**Updates, 1:12 p.m.:** Includes additional background information; **4:41 p.m.:** Adds background.

CNET Magazine: Check out a sampling of the stories you'll find in CNET's newsstand edition.

Follow the Money: This is how digital cash is changing the way we save, shop and work.



| 2 COMMENTS | Tech Industry | Roadshow | Uber |



English | Español

**TRENDING**

Upgrade to Windows 10 for free right now

Amazon shopping hack

Best Instant Pots

Best live TV streaming services

Windows 10 tips and tricks

**ABOUT**

About CNET

Newsletter

Sitemap

Careers

Help Center

Licensing

**POLICIES**

Privacy Policy

Terms of Use

Mobile User Agreement

Ad Choice

CA Privacy/Info We Collect

CA Do Not Sell My Info

**GET THE CNET APP**

App Store  |  Google Play

**FOLLOW**

© CBS Interactive Inc. All Rights Reserved.