# EXHIBIT 10

Case 3:19-cv-06462-EMC   Document 57-10   Filed 05/19/20   Page 2 of 9

# A company that moves people is asking you not to move

The world is upside down. Everything has changed. Stay home if you can. If you stop moving, together we can end this virus. And with drivers, delivery people, and restaurants, we'll help move what matters.



# Committed to helping

We're pledging 10 million free rides and deliveries of food for frontline healthcare workers, seniors, and people in need around the world.



### Supporting healthcare workers

Uber Health is providing free transportation for frontline healthcare workers, helping them get to and from patients' homes, as well as between healthcare facilities.



### Feeding first responders

We're providing free meals on Uber Eats to first responders and healthcare workers in US and Canada, in coordination with local, state, and provincial governments.



### Supporting local restaurants

We've waived the Delivery Fee for the more than 100,000 independent restaurants across US and Canada on Uber Eats.

More information



### Moving supplies with Uber Freight

While the federal government's emergency declaration is in place, shipments of critical goods in the US will be transported with zero profit pricing by Uber Freight.

More information



# Supporting public authorities

The safety and well-being of everyone who uses Uber is always our priority. We are committed to supporting public authorities and cities as they work to stem the COVID-19 pandemic.

More information

# Important information for drivers and delivery people

Cleaning supplies for your car                                            +

"Leave at door" delivery                                                  +

Supporting public health authorities                                      +

Support if you're taken off the road                                      +

Protecting your Uber Pro status                                           +

Support if you rent a vehicle                                             +

# Health and safety tips

We're reminding everyone who uses Uber to follow advice from public health authorities. If you're sick, stay home and away from others. Wash your hands frequently, and cover your cough or sneeze. For more information, visit the World Health Organization website.

More information

# Drivers and delivery people



**Most importantly, do not drive or deliver food if you're feeling sick.**

If you are feeling sick, the most important thing you can do right now is to stay home if possible to help prevent the spread of the coronavirus



**If you're driving**

- **Cover your mouth and nose.** If you sneeze or cough, do so into your elbow or a tissue.
- **Ask riders to maintain distance.** It's OK to ask riders to sit in the back to give you more space.
- **Open the window.** If possible, roll down the windows to improve ventilation.



**If you're delivering**

- **Drop off at the door.** If the Uber Eats customer requests it, please leave deliveries at the door to help reduce contact.
- **Wash your hands.** Please wash your hands or use hand sanitizer as often as you can.

# Uber customers



### Stay at home, if possible

The most important thing you can do right now is to stay home if possible.

This is especially critical if you're feeling sick. This will help limit the spread of the virus and flatten the curve. Let's help keep drivers safe and ensure that rides are available for those who need them.



### When taking rides

- **Wash your hands.** Before and after you ride.
- **Cover your mouth and nose.** If you sneeze or cough, do so into your elbow or a tissue.
- **Sit in the back.** Give your driver space by sitting in the back seat.
- **Open the window.** If possible, roll down the window to improve ventilation.



### When ordering through Uber Eats

- **Request dropoff at the door.** In the app, select "Leave at door" or use delivery notes to share your preferences. Make sure you'll be available within 30 minutes.
- **Wash your hands.** Especially after receiving your food order and before you eat it.

Learn more





# Important information for restaurant partners



### Guidance on food safety

Based on guidance from public health authorities, restaurants are advised to follow best practices on food safety and packaging. This includes ensuring proper sanitization of surfaces, food handlers, and food preparation environments, and that all food is properly sealed in tamper-evident packaging.

It is recommended that any locations where delivery people wait for orders are separate from food preparation areas. Restaurants are advised to contact their local public health authority in the event of any suspected coronavirus cases.



### Giving delivery options to customers

Eats customers have the option to use delivery notes to communicate how they'd like their orders delivered on Uber Eats. They may include a note like "Please leave my order at the door." Delivery people can see these instructions and communicate with customers via the app.



### Supporting public health authorities

We have a team available 24/7 to support public health authorities in their response to the pandemic. Working with them, we may temporarily remove restaurants from the app when we receive confirmation of contraction of or exposure to COVID-19. We're also consulting with an epidemiologist to make sure our efforts as a company are grounded in medical advice.





# Other resources



Supporting drivers

More information



Supporting restaurants

More information



Uber Freight updates

More information



Advice

World Health Organization →



Uber Community Guidelines →