# EXHIBIT 12

DRIVING & DELIVERING

# Improving your acceptance rate

We recently sent you a message to let you know that your acceptance rate for trip requests is significantly lower than the average in your city.

We understand there are times when it is difficult to accept trip requests. For example, you may receive a request from a rider whose location is inaccessible to you, or you may receive a new trip request at the same moment you're intending to go offline.

Most driver-partners do need to occasionally decline a trip request and that's ok. However, a lower than average acceptance rate suggests that a driver-partner is declining a larger than average number of trips. This negatively impacts the reliability of the Uber platform.

When you know you aren't going to be able to accept trip requests, it's good practice to go offline. Please note that if you decline several trips in a short amount of time, our system assumes you are intending to be unavailable and temporarily logs you out. This helps us keep the Uber platform reliable for riders and driver-partners.

Was this helpful?



Help     SIGN UP TO RIDE     BECOME A DRIVER