# EXHIBIT 13

**DRIVING & DELIVERING** ⟩

# Your account has been deactivated

Due to a high rate of canceled trips, your partner account has been deactivated. We've previously notified you about your higher than average rate of cancellations.

This means you cannot go on the Uber platform to receive or accept trip requests.

When a partner has a cancellation rate that is higher than the average of other driver-partners in the city, Uber may deactivate this partner's account.

We understand that account deactivation can be a frustrating experience. The decision to deactivate a driver-partner's account is made because riders rely on driver-partners to complete accepted trip requests. Excessive cancellations make it difficult for nearby riders to reliably request and receive rides, and can also result in more inconvenient requests for other driver-partners. This has a negative impact on the functionality of the Uber platform.

**US DRIVER DEACTIVATION POLICY** ⟩

Was this helpful?



Help                     SIGN UP TO RIDE                     BECOME A DRIVER