# EXHIBIT 17

```
                                                      Pages 1 - 46

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE EDWARD M. CHEN

THOMAS COLOPY, CHRISTOPHER JAMES    )
and SPENCER VERHINES, on behalf of  )
themselves and all others similarly )
situated,                           )
                                    )
              Plaintiffs,           )
  vs.                               ) No. C 19-6462 EMC
                                    ) No. C 20-1886 EMC
UBER TECHNOLOGIES, INC.,            )
                                    )
              Defendant.            )
------------------------------------)
JOHN CAPRIOLE, MARTIN EL KOUSSA,    )
and VLADIMIR LEONIDAS, on behalf    )
of themselves and all others        )
similarly situated,                 )
                                    )
              Plaintiffs,           )
  vs.                               ) No. C 20-2211 EMC
                                    )
UBER TECHNOLOGIES, INC. and         )
DARA KHOSROWHAHI,                   ) Wednesday
                                    ) April 22, 2020
              Defendants.           ) San Francisco, California
_____)
```

**TRANSCRIPT OF ZOOM VIDEO CONFERENCE PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**          LICHTEN & LISS-RIORDAN, P.C.
                             729 Boylston Street
                             Suite 2000
                             Boston, Massachusetts 02116
                        **BY: SHANNON E. LISS-RIORDAN, ESQ.
                             ANNE R. KRAMER, ESQ.**

               **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
               *Official Reporter - US District Court*
               *Computerized Transcription By Eclipse*

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco*
*(415) 431-1477*

```
 1   APPEARANCES:   (CONTINUED)

 2   For Defendants:        GIBSON, DUNN & CRUTCHER LLP
                            333 South Grand Avenue
 3                          Los Angeles, California 90071
                       BY:  THEANE EVANGELIS, ESQ.
 4                          BLAINE H. EVANSON, ESQ.
                            HEATHER RICHARDSON, ESQ.
 5

 6                              -  -  -
```

1          **MS. EVANGELIS:**  I believe, Your Honor, based on what
2   we saw in the *O'Connor* settlement, that it would be in the
3   thousands.
4          **THE COURT:**  Okay.
5          **MS. EVANGELIS:**  And to address Ms. Liss-Riordan's
6   point about one-way intervention.
7      As Your Honor has recognized repeatedly, it is a problem
8   to address some merits before class certification, and it's
9   prohibited.  So we can't -- we can't do that.
10     So if this case is going to proceed as a class, it would
11  need to go through the class certification proceedings before
12  we get to the merits.  And I think we have had this
13  conversation many times.
14         **THE COURT:**  All right.  Well, let me make my views
15  clear.
16     First question is whether I need to consider -- I would
17  need to consider arbitrability on a class cert motion, and I
18  think the answer from *O'Connor* in the Ninth Circuit is yes.  I
19  think it's crystal clear I don't have any choice in that
20  matter.
21     Second question is whether I would allow a plaintiffs'
22  motion for summary judgment pre-class cert, if this case is
23  maintained as a class action.  And as I ruled previously, I
24  think the one-way intervention doctrine would prevent that.
25  And so the short answer to the plaintiffs is that, yes, I would

### CERTIFICATE OF OFFICIAL REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Wednesday, April 29, 2020