SHANNON LISS-RIORDAN, SBN 310719
(sliss@llrlaw.com)
ANNE KRAMER, SBN 315131
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER JAMES and SPENCER VERHINES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendant | Case No. 3:19-cv-06462-EMC<br>Case No. 3:20-cv-01886-EMC<br><br>**DECLARATION OF SPENCER VERHINES** |

I, Spencer Verhines, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration.
2. I am a named plaintiff in the above-captioned matter.
3. I am an adult resident of Orange County, California, and have been working as a driver for Uber since approximately 2014. I drive primarily in the Los Angeles area and typically drive 60-70 hours per week.
4. Driving for Uber is my sole source of income.
5. When I drive for Uber, the company sends me ride requests on its app, and I drive to pick up the passengers and take them to their requested destination.
6. I receive my pay from Uber (not from the passengers directly). I do not have control over how Uber pays me. Under Uber's policy, I am not able to negotiate rates with my passengers. Instead, Uber sets the rates and calculates how much I earn.
7. I pay for all driving related expenses out of my own pocket. For example, I am responsible for car and phone payments and for gas. Uber does not reimburse me for any expenses.
8. When I have driven more than 8 hours per day, I have not been paid overtime.
9. There are hours that I have worked for Uber for which I have not received California minimum wage (currently $12 per hour) (particularly if my car expenses, calculated at the IRS mileage reimbursement rate are factored into my net earnings). Indeed, there are some hours during which I have been logged on to the Uber app, ready and able to drive passengers, but have not received any ride requests and so have not received any pay for these hours.
10. Over the last several years, I have been sick several times and have not been able to drive for a couple of days while I was recovering at home. Prior to the recent payment I received as a result of Uber's response to the coronavirus pandemic, I never received any sick pay from Uber, as it does not provide sick pay for its drivers.
11. I have opted out of Uber's arbitration agreement. In fact, I have done that multiple

times, since Uber has continued to send new agreements to drivers over time.  Each time I opted out, I sent an email to optout@uber.com from the email address linked to my Uber account within 30 days of receiving Uber's Terms of Service.  In each email, I listed my name, email, and phone number associated with my Uber account, the city and state in which I reside, and stated my intent to opt out of the arbitration agreement.  The emails showing that I have opted out of arbitration are included here as Exhibits A – C.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 14, 2020, under the laws of California.

*Spencer D. Verhines*
_____
Spencer Verhines

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on May 19, 2020, on all counsel of record.

By: */s/ Shannon Liss-Riordan*

Shannon Liss-Riordan