# EXHIBIT A

**From:** Spencer Verhines [mailto:sverhines@gmail.com]
**Sent:** Friday, December 11, 2015 3:35 PM
**To:** optout@uber.com
**Cc:** Shannon Liss-Riordan ; Spencer Verhines
**Subject:** Opt out of the arbitration provision.

Hi,

My name is Spencer D Verhines and I wish to opt out of the arbitration provision.

I reside and work in the state of California.

Kindly ,
Spencer D Verhines