# EXHIBIT B

| From: | Spencer Verhines |
|---|---|
| To: | optout@uber.com |
| Cc: | Uber Lawsuit |
| Subject: | Opt-Out Notification |
| Date: | Monday, December 23, 2019 7:47:37 PM |

*My name is Spencer Verhines. I wish to opt-out of the arbitration provision in Uber's new terms of service. The email address associated with my Uber account is SVerhines@Gmail.com. The phone number associated with my Uber account is (949) 933-6849. I live in Foothill Ranch, CA.*


Regards,
Spencer D. Verhines