# EXHIBIT C

| | |
|---|---|
| **From:** | Spencer Verhines |
| **To:** | optout@uber.com |
| **Cc:** | Uber Lawsuit; Spencer Verhines |
| **Subject:** | Opt-Out |
| **Date:** | Wednesday, January 15, 2020 11:47:59 AM |

*My name is Spencer Verhines.  I wish to opt out of the arbitration provision in Uber's new terms of service.  The email address associated with my Uber account is sverhines@gmail.com.  The phone number associated with my Uber account is (949) 933-6849.  I live in Foothill Ranch, CA.*


Regards,
Spencer D. Verhines