GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
  bevanson@gibsondunn.com
HEATHER RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES and SPENCER VERHINES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO.  3:19-cv-06462-EMC<br><br>**DECLARATION OF ROYCE NEUMEYER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Hearing**:<br>Date: October 29, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 5<br><br>Judge: Honorable Edward M. Chen<br>Action Filed: October 8, 2019<br>Trial Date: none set |

DECLARATION OF ROYCE NEUMEYER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – CASE NO. 3:19-cv-06462-EMC

Gibson, Dunn & Crutcher LLP

## DECLARATION OF ROYCE NEUMEYER

I, Royce Neumeyer, do hereby swear, affirm, and attest as follows:

1. I am over the age of 18 and am not a party in the above-captioned matter. Except where otherwise indicated, all of the information contained in this declaration is based on my personal knowledge and, if called and sworn as a witness, I could and would competently testify to it.

2. I am in my mid-30s and live with my family in the Coachella Valley in California.

3. I began using the Uber App about 2.5 years ago to help support the needs of my son, who requires additional care. Our family did the math, and it was more advantageous for me to walk away from my full-time career to be a full-time parent and avoid additional childcare costs. Previously, I worked in private contract security, law enforcement, and sales, among other jobs. To make extra money to support my family, I started using the Uber App and also the Lyft App. With these apps, I could choose to work as much or as little as I wanted and take home almost equal amounts of money as before.

4. My wife is a teacher with set hours and work times. But I have no schedule. When I drive using the Uber App, it is optional and completely up to me. Most often, I drive evenings and weekends when my wife is home. I also jump on here and there on holidays. I drive about 15-20 hours per week.

5. I signed up to use the Uber App as an independent contractor. I believe I always have been and should continue to be an independent contractor, not an employee.

6. When I drive using the Uber App, I am driving for myself. My work is through the Uber App, but I don't ever have to use it. I could use Uber, Postmates, or other options. I have no boss. And I've never had anyone from Uber contact me directly, other than for Uber support or technical issues. I am my own business. I am free to decline rides; I do that all the time.

7. To start using the Uber App, I simply filled out some information, had a basic background check, and went to a hub to get my vehicle inspected. Uber has never given me directions about how or where to drive, although sometimes they share tips about how to make more money, such as driving during busy times. I follow basic community standards and safety rules.

*1*
DECLARATION OF ROYCE NEUMEYER

8. I consider myself as providing a service for the passenger, not for Uber. The passenger is the one who is paying, who will rate my service, and who I deal with. Uber does not rate my service or have any involvement with the rides I provide passengers, other than connecting me and the rider and facilitating the payment from the rider to me. Uber is like a safety device that allows for location services, GPS, connection with customers, and so on. To me, its just an icon on a phone. Uber is a tool that I use to make money. The only people involved in the transaction are me, the driver, and the person who is sitting in my backseat.

9. I like to drive in the Coachella Valley because it is the area I am most familiar with. Also, because of my son's needs, I like to stay close to home. Uber has no requirement of where I must drive or when.

10. Sometimes I take breaks, which are totally up to me. I might take a break to eat if it is slow. But if I'm driving and its constantly busy, I won't take a break because I can make more money during those times.

11. Uber suggests a fare for each ride, but I can raise or lower it. I've raised the suggested fare before to avoid rides that had prices that I found too cheap, although I typically use the standard rate, because that is what many riders are expecting.

12. I also use the Lyft App, which Uber has never prevented me from doing. I turn both Apps on, and I am first come, first served. If I get a ride request on one of the apps, I accept the ride and shut off the other app. When the ride is complete, I'll turn the other app back on and look for the next ride request. Sometimes I bounce back and forth, other times one app will be steady and I'll shut the other app down for the day. It just depends on the flow of the demand. I can't emphasize enough how much I love this ability. The more apps I have open, the more demand I can see, and the more money I can make.

13. I view Uber as a technology company or platform app that connects drivers with riders. It is a tool that I use.

14. Since the pandemic, I have continued to use the Uber App and the Lyft App.

15. I have given this testimony completely voluntarily and without any coercion whatsoever from Uber or anyone else. I understand that a lawsuit exists against Uber. I understand that the attorney

who discussed this testimony with me is Uber's attorney and that Uber's attorney does not represent me or the individuals who brought the lawsuit. I understood that I did not need to speak with this attorney and I did so voluntarily. I have not been coerced or threatened in any way to provide this declaration. I was specifically told that I did not have to be interviewed and that I did not have to provide any written statement. I also was specifically told that I could participate in the lawsuit and would not be retaliated against in any way for doing so. Finally, I know that if I ever become a participant in the lawsuit, my interests will be opposed to Uber's interests.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed in PALM DESERT, California, this 10 day of September, 2020.

_____
ROYCE NEUMEYER