**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** February 18, 2021   **Time:** 11:17-11:28=   **Judge:** EDWARD M. CHEN
                              11 Minutes

**Case No.:** 19-cv-06462-EMC   **Case Name:** James v. Uber Technologies Inc.

**Attorney for Plaintiff:** Shannon Liss-Riordan
**Attorneys for Defendant:** Theane Evangelis, Peter Squeri

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Belle Ball

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Further Case Management Conference - held.

**SUMMARY**

Parties stated appearances.

Parties' request to move Motion for Clarification currently set for 3/11/2021 to 3/18/2021 is **granted**. Resolution of Motion should not interfere or otherwise affect Class Notice Schedule. Process is underway as scheduled. Parties anticipate that other than a few issues to further resolve, finalizing class notification is on track. Parties to also agree on a Class Notice Administrator. Court set target date of **3/25/2021** for notice of distribution to go out; 60-day opt-out period thereafter. Any dispute or movement regarding the target date will be discussed at the motion hearing on 3/18/2021.

Dispositive motions, including any cross-motions, filed no later than 21 days after opt-out deadline. In event of cross-motions, parties to file in a staggered briefing order, containing 4 briefs instead of 6 as follows: Plaintiff's opening brief; Defendants' opening/opposition brief; Plaintiff's reply/opposition brief; Defendants' reply/opposition brief due. Parties to allow two weeks between last reply brief and hearing date.

ADR: Parties directed to meet and confer to explore further negotiations for discussion at next hearing.

Further Case Management Conference set 3/18/2021 at 1:30PM. Joint statement due 3/11/2021.