SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
ANNE KRAMER (SBN 315131)
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:  (617) 994-5800
Facsimile:  (617) 994-5801

*Attorneys for Plaintiffs Christopher James and Spencer Verhines, individually and on behalf of all others similarly situated*

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
 hrichardson@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
 bevanson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant*
*UBER TECHNOLOGIES, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES AND SPENCER VERHINES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:19-CV-06462-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR CLARIFICATION AND FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: September 11, 2019<br>Trial Date:    None Set<br><br>Date:   March 25, 2021<br>Time:   1:30 p.m.<br>Place:  Courtroom 5<br>Judge:  Hon. Edward M. Chen |

Pursuant to Civil Local Rule 7-12, Plaintiffs Christopher James and Spencer Verhines ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") (collectively, "Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the hearing on the Defendant's Motion For Clarification or, In the Alternative, For Leave to File a Motion for Reconsideration (Dkt. 143) and a Further Case Management Conference in this matter was set for March 18, 2021 at 1:30 p.m.;

WHEREAS, on March 11, 2021, the Court, *sua sponte*, rescheduled the hearing and CMC for March 25, 2021 at 1:30 p.m.;

WHEREAS, counsel for Plaintiffs will be in the midst of a federal court trial in another case on March 25, 2021, <u>Serge Haitayan et al v. 7 Eleven, Inc.</u>, Civ. A. Nos. 2:17-cv-07454-DSF-AS, 2:18-cv-05465-DSF-AS, before the Hon. Dale Fischer of the United States District Court for the Central District of California, scheduled to start on March 23, 2021;

WHEREAS, the Parties have conferred and agreed to continue the hearing and Further Case Management Conference to April 1, 2021;

WHEREAS, the Parties agree that this additional continuance will not prejudice the parties or the Court;

NOW THEREFORE, the Parties hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. The hearing on Defendant's Motion For Clarification or, In the Alternative, For Leave to File a Motion for Reconsideration and Further Case Management Conference shall be continued to April 1, 2021.

**IT IS SO STIPULATED.**

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:   March 12, 2021 | LICHTEN & LISS-RIORDAN, P.C. |
| | By: *s/ Shannon Liss-Riordan* |
| |    Shannon Liss-Riordan |
| | *Attorneys for Plaintiffs Christopher James and Spencer Verhines, individually and on behalf of all others similarly situated* |
| Dated:  March 12, 2021 | GIBSON, DUNN & CRUTCHER LLP |
| | By: *s/ Heather Richardson* |
| |    Heather Richardson |
| | *Attorneys for Defendant* UBER, TECHNOLOGIES, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2021

              _____
              Hon. Edward M. Chen

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on March 12, 2021, on all counsel of record.

By: */s/ Shannon Liss-Riordan*
Shannon Liss-Riordan