Gibson, Dunn & Crutcher LLP

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES, and SPENCER VERHINES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:19-CV-06462-EMC<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S [PROPOSED] ORDER GRANTING MOTION TO AMEND ANSWER**<br><br>Honorable Edward M. Chen<br><br>Action Filed:   October 8, 2019<br>Trial Date:      None Set |

Before the Court is Defendant Uber Technologies, Inc.'s Motion to Amend Answer ("Motion").  Having considered the Motion and all related papers and arguments and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Amend Answer is **GRANTED**; and

**IT IS HEREBY FURTHERED ORDERED** that the Amended Answer attached and filed as Exhibit A to the Motion is **FILED** as of the date of the motion.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
United States District Judge