GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
  bevanson@gibsondunn.com
HEATHER RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
PETER C. SQUERI, SBN 286249
  psqueri@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES, and SPENCER VERHINES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:19-CV-06462-EMC<br><br>**DECLARATION OF PETER SQUERI IN SUPPORT OF UBER TECHNOLOGIES, INC.'S MOTION TO AMEND ANSWER**<br><br>Honorable Edward M. Chen<br><br>Action Filed:   October 8, 2019<br>Trial Date:       None Set |

I, Peter Squeri, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Uber Technologies, Inc. ("Uber") in the above-entitled action. I offer this declaration in support of Uber's Motion to Amend Its Answer. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On March 25, 2021, Heather Richardson, a partner at the law firm of Gibson, Dunn & Crutcher LLP, and one of the attorneys representing Uber in the above-entitled action, emailed counsel for Plaintiff, informing Plaintiff that Uber intends to amend its Answer and described the proposed amendments. Ms. Richardson asked if Plaintiff would stipulate to the amendment.

3. On April 6, 2021, I emailed counsel for Plaintiff, reminding Plaintiff about Uber's request that Plaintiff stipulate to the proposed amendments. On April 7, Plaintiffs declined to stipulate to Uber's request, offering no reason and identifying no prejudice.

4. In one final effort to resolve the issue without need for motion practice, on April 13, I attempted to reach counsel for Plaintiff by telephone. They did not take my call.

5. Attached hereto as **Exhibit A** is a true and correct copy of Uber's proposed Amended Answer.

6. Attached hereto as **Exhibit B** is a true and correct copy of a redline reflecting the changes the proposed amendments Uber would make to the Answer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 14th day of April, 2021, in San Francisco, California.

/s/ *Peter Squeri*
Peter Squeri