**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** April 15, 2021         **Time:** 10:50-11:07= 17 Minutes         **Judge:** EDWARD M. CHEN

**Case No.:** 19-cv-06462-EMC         **Case Name:** James, et al v. Uber Technologies Inc.

**Attorney for Plaintiff:** Shannon Liss-Riordan
**Attorneys for Defendant:** Theanne Evangelis, Peter Squeri

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Jo Ann Bryce

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Further Case Management Conference held.

**SUMMARY**

Parties stated appearances.

Size of class is still being determined but is now estimated to be in low thousands. Defense counsel stated it was given an estimate of approximately $7500-$10,000 in costs for administrator. Plaintiff opposes contracting an administrator, stating reasons as costs and unnecessary bureaucracy, given size of class. Defendants prefer contracting a neutral third-party who will follow best practices. Plaintiffs' counsel wishes to be more involved in the class determination process. Court **ordered** notice to be given by Third-Party Administrator to be selected by the parties and that administrator costs be split evenly between the parties. Court further **ordered** the parties to meet and confer and come to an agreement on administrator.

Plaintiff requested it be given documents Uber plans to use determining who timely opts out. Court agrees that the process of identifying class members should be transparent and expects parties to work this issue out. If disputed, parties are to file joint letter as directed.

Regarding time frame for notices sent out by class administrator, Defendant anticipates list to go out in a week or two and then notice should go out quickly after that. Court sets deadline for 2 weeks from today (**4/29/2021**). Court set following deadlines:

Target date for notice issued is **5/13/2021**;
60-day opt out period due **7/12/2021**;
Plaintiffs' filing of motion for summary judgment on classification due **8/12/2021**;
Defendant's filing of opposition/cross-motion due **9/9/2021**;
Plaintiffs' reply and opposition to cross-motion due **10/7/2021;**
Defendant's final reply due **10/28/2021**;
Hearing on all motions set **11/18/2021 at 1:30PM**

ADR: Parties are open to mediation and prefer private mediation. Court **REFERS** parties to private mediation, to be completed within 120 days.