SHANNON LISS-RIORDAN, SBN 310719
sliss@llrlaw.com
ANNE KRAMER, SBN 315131
akramer@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 BOYLSTON STREET, SUITE 2000
BOSTON, MA 02116
Telephone:    (617) 994-5800
Facsimile:     (617) 994-5801

Attorneys for Plaintiff Christopher James and Spencer Verhines, individually and on behalf of all others similarly situated

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
  bevanson@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES and SPENCER VERHINES, individually and on behalf of all others similarly situated,<br><br>                           Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                           Defendant. | CASE NO. 3:19-cv-06462-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**<br><br>Action Filed:  September 11, 2019<br>Trial Date:  None Set<br><br>Honorable Edward M. Chen |

Pursuant to Civil Local Rules 6-2 and 7-12, Uber Technologies, Inc. ("Defendant") and Spencer Verhines and Christopher James ("Plaintiffs") (together with Defendant, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Court referred the Parties to private mediation to be completed by August 13, 2021 (120 days after April 15, 2021) (Dkt. 167);

WHEREAS, the Parties have been working cooperatively for several months to find a mutually agreeable mediator to conduct the private mediation;

WHEREAS, the Parties have reached an agreement on who will conduct the Parties' mediation;

WHEREAS, due to scheduling conflicts, the first day the Parties and the mediator have mutual availability is October 4, 2021;

WHEREAS, the Parties would like to proceed with the mediation on October 4, 2021;

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

The deadline for the Parties to attend private mediation is extended through October 2021.

**IT IS SO STIPULATED.**

Dated:  August 12, 2021                     GIBSON, DUNN & CRUTCHER LLP


By:_____*/s/ Theane D. Evangelis*_____
           Theane D. Evangelis

Attorneys for Defendant
UBER TECHNOLOGIES, INC.


Dated:  August 12, 2021                     LICHTEN & LISS-RIORDAN, P.C.


By:_____*/s/ Shannon Liss-Riordan*_____
           Shannon Liss-Riordan

Attorneys for Plaintiffs SPENCER VERHINES and
CHRISTOPHER JAMES, individually and on behalf of
all others similarly situated

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Edward M. Chen
United States District Judge

**ECF ATTESTATION**

I, Theane Evangelis, hereby attest that concurrence in the filing of this document has been obtained from Shannon Liss-Riordan, and that this document was served by electronic filing on August 12, 2021, on all counsel of record.

By: _____*/s/ Theane Evangelis*_____
Theane Evangelis