UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 19-cv-06462-EMC<br><br>**ORDER GRANTING UBER'S MOTION TO CONTINUE SUMMARY JUDGMENT DEADLINES**<br><br>Docket No. 178 |

Pending before the Court is Defendant Uber Technologies, Inc.'s administrative motion to continue the briefing deadlines on Plaintiffs' summary judgment motion. Having considered Defendant's motion, any papers filed in opposition, all supporting documents and pleadings of record, and good cause appearing, the Court hereby orders:

- The parties are to distribute the class notice on or before September 10, 2021;
- Defendant's opposition and cross-motion for summary judgment is due November 11, 2021;
- Plaintiff's reply and opposition to Defendant's cross-motion is due December 16, 2021;
- Defendant's final reply is due January 13, 2022; and
- The hearing on all motions is set for February 3, 2022.

**IT IS SO ORDERED**.

Dated: September 1, 2021

_____
EDWARD M. CHEN
United States District Judge