UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES, and SPENCER VERHINES, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                Defendant. | CASE NO. 3:19-CV-06462-EMC<br><br>[~~PROPOSED~~] **ORDER**<br><br>Judge: Honorable Edward M. Chen<br>Action Filed: October 8, 2019<br>Trial Date: None Set |

Gibson, Dunn & Crutcher LLP

Pending before the Court is the Parties' Stipulated Request to Stay All Proceedings. PURSUANT TO STIPULATION, IT IS SO ORDERED that all proceedings in the above-referenced action are stayed while the Parties finalize and execute a proposed settlement agreement.

Court sets a Status Conference for February 8, 2022 at 2:30PM as control date. Joint Status Report due February 1, 2022.

DATED: __November 16_____, 2021        _____
                                            The Honorable Edward M. Chen
                                            United States District Judge