GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
  bevanson@gibsondunn.com
HEATHER RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
PETER C. SQUERI, SBN 286249
  psqueri@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant UBER TECHNOLOGIES, INC.


LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, SBN 310719
  sliss@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

Attorneys for Plaintiffs CHRISTOPHER JAMES
and SPENCER VERHINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES and SPENCER VERHINES, individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>          Defendant. | CASE NO. 3:19-CV-06462-EMC<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Edward M. Chen<br>Action Filed: October 8, 2019<br>Trial Date: none set |

Pursuant to the Court's Order of November 16, 2021 (Dkt. No. 184), Plaintiffs Christopher James and Spencer Verhines and Defendant Uber Technologies, Inc. (collectively, the "Parties"), through their undersigned counsel of record, provide the following joint status report:

1. On November 9, 2021, the parties agreed to settle this action;
2. Since that time, the Parties have been working diligently to finalize their settlement papers;
3. Plaintiffs anticipate filing their Motion for Preliminary Approval of Class Action Settlement on or before February 18, 2022.

DATED:  February 1, 2022          GIBSON, DUNN & CRUTCHER LLP


                                  By:      /s/ *Heather Richardson*
                                              Heather Richardson

                                  Attorney for Defendant UBER TECHNOLOGIES, INC.


DATED:  February 1, 2022          LICHTEN & LISS-RIORDAN, P.C.


                                  By:      /s/ *Shannon Liss-Riordan*
                                              Shannon Liss-Riordan

                                  Attorney for Plaintiffs CHRISTOPHER JAMES and
                                  SPENCER VERHINES


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on February 1, 2022, on all counsel of record.

                                  By: /s/ *Shannon Liss-Riordan*
                                      Shannon Liss-Riordan