UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES INC., <br><br> Defendant. | Case No. 19-cv-06462-EMC <br><br> **ORDER RE SUPPLEMENTAL BRIEFING** <br><br> Docket No. 187 |

In preparation for the March 24, 2022 hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the parties are **ORDERED** to submit a supplemental brief addressing the following questions.

(1) What is the maximum verdict value of the claims that settlement class members would be releasing?  What percentage of this is the settlement award?  What is the factual basis for calculating this verdict value?

   a. The Court needs to see the data underlying Plaintiffs' calculations for the estimated verdict value.  For the time being, the parties may file that data (or a summary of the data) under seal.

(2) What are the specific litigations risks that warrant approval of this settlement?

(3) Why are the differences between the certified *James* class and the proposed settlement class appropriate?

   a. For example, the settlement class includes drivers who drove after December 16, 2020, even though the Court ended the *James* class period on December 16, 2020, because of Proposition 22.  Why is it appropriate to certify these drivers?

   b. In addition, the Court declined to certify minimum wage, overtime, and paid

sick leave claims for the *James* class.  Why is it appropriate to approve these claims as part of the class settlement?

The supplemental brief shall be filed no later than **March 23, 2022 at 12:00 Noon PDT.**

**IT IS SO ORDERED**.

Dated: March 21, 2022

_____
EDWARD M. CHEN
United States District Judge

2