S. Patrick Mendel
1319 Washington Ave, #163
San Leandro, CA 94577
Carpartners1@gmail.com Ph. 415-812-8507

RECEIVED
MAY 27 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER JAMES** et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>**UBER TECHNOLOGIES INC.,**<br><br>        Defendant | CASE NO. 19-CV-06462-EMC<br><br>PLAINTIFF UNNAMED CLASS MEMBER MENDEL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF **EMERGENCY** MOTION FOR TRO/PRELIMINARY INJUNCTIVE RELIEF AND STAY OF PROCEEDINGS OBJECTING TO FINAL SETTLEMENT;<br><br>**PLAINTIFF REQUESTS ORAL ARGUMENT**<br><br>Hon. Edward M. Chen<br><br>Hearing: TBA<br>Time: TBA<br>Courtroom 5 |

**PLAINTIFF'S MENDEL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR EMERGENCY INJUNCTIVE RELIEF, STAY OF PROCEEDINGS IN OBJECTING TO FINAL SETTLEMENT**

PLEADING TITLE - 1

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Evidence, Rule 201, Archie Overton hereby requests that the Court take Judicial Notice of the following in support of his motion to dismiss these appeals:

**REQUEST #1**

A true and correct copy of the email notifying Mendel of his rights in this class action James v. Uber Technologies, Inc.

**REQUEST #2**

A true and correct copy of the Uber Policy White Paper authored by former Uber CEO Travis Kalanick. The email essentially admits that would rather violate the transportation laws rather than bring action against the competition, Uber will continue to compete even if in violation the transportation regulatory environment until the regulators stop them.

**REQUEST #3**

A true and correct copy of the media report: Baltimore Sun reporting the unlawful lobbying of Susan Kennedy who was paid 15,000 dollars a month by Lyft to create the Transportation Company permits allowing for the brokering of prearranged passenger transportation to private motor vehicles as an occupation and business contrary to federal preemptions of the same conduct.

Respectfully submitted;

Dated: May 22, 2022

_____

S. Patrick Mendel

PLEADING TITLE - 2

 **Gmail**                                                                                        **Patrick Archie <carpartners1@gmail.com>**

## FW: James v. Uber - Important Notification
1 message

**carpartners2** <carpartners2@gmail.com>                                                    Sun, May 22, 2022 at 7:51 PM
To: carpartners1@gmail.com

Sent from my T-Mobile 5G Device

-------- Original message --------
From: James v Uber <jamesvuber@simpluris.com>
Date: 4/26/22 3:00 PM (GMT-08:00)
To: carpartners2@gmail.com
Subject: James v. Uber - Important Notification

### Legal Notice

### Claimant ID : 880 | Control Number: QRUQ68

**If you used the Uber Rides Application as a Driver in California between February 28, 2019 and December 16, 2020 or the Uber EATS Application between June 28, 2016 or October 7, 2021, and you are not bound by Uber's arbitration clause because you validly opted out of arbitration, you could get a payment from a class action settlement**

### Para una notificación en español, visitar nuestro website, www.jamesvuber.com

A proposed settlement has been reached in two class action lawsuits filed against Uber Technologies, Inc. by drivers who have used the Uber App or Uber EATS App in California and have opted out of Uber's arbitration clause. Under the proposed settlement, Uber has agreed to create a settlement fund. If you qualify, you may submit a claim to get benefits, or you can exclude yourself from the settlement, or object to it. The United States District Court for the Northern District of California authorized this notice. Before any money is paid, the Court will hold a hearing to decide whether to approve the settlement.

### Who's Included?

You are a Settlement Class Member and could get benefits if you are a driver who used the Uber Rides App in California between February 28, 2019, and December 16, 2020 or if you are a driver who used the Uber EATS App between June 28, 2016 and October 7, 2021, and you are not bound by Uber's arbitration clause.

### What's This About?

Two class action lawsuits claim that Uber violated various laws and regulations by classifying drivers in California as independent contractors rather than employees. Uber denies these claims. The Court did not decide who was right, but both sides in these lawsuits agreed to a settlement.

### What Does the Settlement Provide?

Uber will pay $8,435,800 into a settlement fund that will be paid out to drivers who are Settlement Class Members. **Assuming a 100% claims rate, and after accounting for deductions for attorneys' fees, administration costs, and service awards, the average settlement share per claiming settlement class member will be approximately $4,750.**

### How Do You Ask for a Payment?

The attached notice package contains all the information you need. To qualify for a payment, you must submit a claim by June 27, 2022. Be sure that your Claimant ID and Control Number (provided below) is on the Claim Form. To submit a claim electronically, **click on this link**, or go to **www.jamesvuber.com .** If you enter the website to submit your Claim Form, your Claimant ID and Control Number will be automatically entered. You should be able to submit a Claim Form in under five minutes. **Class Members are encouraged, but are not required, to submit their Claim Forms through the website** :

Claimant ID: 880

Control Number: QRUQ68

### What Are Your Other Options?

If you don't want to be legally bound by the settlement, you must exclude yourself by June 27, 2022, or you won't be able to sue, or continue to sue, Uber about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. If you stay in the settlement, you can ask the Court to deny approval by filing or submitting an objection by June 27, 2022. The full notice package explains how to exclude yourself or object. The Court will hold a hearing on this settlement on July 14, 2022, to consider whether to approve the settlement and a request by the lawyers representing all Settlement Class Members (Lichten & Liss-Riordan, P.C. of Boston, MA) for up to 25% of the settlement fund for fees and costs for investigating the facts, litigating the case, and negotiating the settlement. You may ask to appear at the hearing, but you don't have to. For more information, visit the website or call the number below, or write to Uber Class Action Settlement, Settlement Administrator, c/o Simpluris. You can also contact class counsel by emailing uberlawsuit@llrlaw.com.

You can also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue San Francisco, CA 94102-3489 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

---

**QUESTIONS? VISIT WWW.JAMESVUBER.COM OR CALL (888) 427-9230**

---

Attachments:

"https://pb05lv6f.r.us-west-2.awstrack.me/L0/https:%2F%2Fdocs.simpluris.com%2F6435%2Fnotice-bd6828590a263c462fb1523e1a16051d3488126174e.pdf/1/0101018067e3b4d7-aee5951a-950d-4cc5-94ab-bfed1d8eba2a-000000/ArYD7a2D5jZUHz2W9mVaam3uORY=269">Notice (Click to Download)
"https://pb05lv6f.r.us-west-2.awstrack.me/L0/https:%2F%2Fdocs.simpluris.com%2F6435%2Fclaimform-bd6828590a263c462fb1523e1a16051d3488126174e.pdf/1/0101018067e3b4d7-aee5951a-950d-4cc5-94ab-bfed1d8eba2a-000000/-LEE5bIqA9I7D7mSbrXgPjG4RV0=269">Claim Form (Click to Download)

*SIMID: 880*

Simpluris, Inc. | Class Action Settlement Administration

Uber Policy White Paper 1.0 https://newsroom.uber.com/2013/04/uber-policy-white-paper-1-0/
April 12, 2013 – Posted By Travis

**Principled Innovation: Addressing the Regulatory Ambiguity around Ridesharing Apps**

In most cities across the country, regulators have chosen not to enforce against non-licensed transportation providers using ridesharing apps. This course of non-action resulted in massive regulatory ambiguity leading to one-sided competition which Uber has not engaged in to its own disadvantage. It is this ambiguity which we are looking to address with Uber's new policy on ridesharing:

- Uber will roll out ridesharing on its existing platform in any market where the regulators have given tacit approval;

- In the absence of regulatory leadership, Uber will implement safeguards in terms of safety and insurance that will go above and beyond what local regulatory bodies have in place for commercial transportation.

In the face of this challenge, Uber could have chosen to do nothing. We could have chosen to use regulation to thwart our competitors. Instead, we chose the path that reflects our company's core: we chose to compete.

The purpose of this white paper is to:

a) provide recommendations to policymakers to promote innovation in transportation services while ensuring the safety of the public;

b) introduce a principled approach to ridesharing, given the regulatory complexities;

c) envision what the law and/or regulatory framework could look like for ridesharing especially as it relates to safety.

Regulatory Disruption

In theory, ridesharing is generally good for cities and for society as a whole: cheaper, more reliable transportation for city residents, and more jobs for drivers. But given existing regulations, the Lyft/Sidecar approach is quite aggressive. The bet they are making is two-fold:

- Uber, already a market leader, is too weary to enter the non-licensed market in the face of existing regulatory scrutiny.

- Regulators for the most part will be unable to act or enforce in time to stop them before they have a critical mass of consumer support.

Uber's Ridesharing Policy

Uber will roll out ridesharing on its existing platform in any market where the regulators have tacitly approved doing so.


1. If a competitor is operating for 30 days without direct enforcement against transportation providers, then Uber will interpret that as "tacit approval" of ridesharing activity.

2. If clear and consistent enforcement has taken place within 30 days of a competitor rolling out a ridesharing service, then Uber will not roll out its platform for ridesharing in that jurisdiction.

In the absence of regulatory clarity, Uber will implement safeguards in terms of safety and insurance that will go beyond what local regulatory bodies have in place for commercial transportation.

1. At minimum, there will be a $1,000,000 per-incident insurance policy applicable to ridesharing trips. This insurance applies to any ridesharing trip requested through the Uber technology platform.

2. Extensive and strict background checks will be performed on any ridesharing transportation provider allowed on the Uber platform. The criteria for which a driver will be disqualified will be stricter than what any existing local regulatory body already has in place for commercial transportation providers.

Case 3:19-cv-06462-EMC Document 205 Filed 05/27/22 Page 7 of 13

5/22/22, 1:03 PM        Former top Schwarzenegger aide agrees to pay $32,500 in fines for shadow lobbying of state officials – Baltimore Sun

ADVERTISEMENT



BALTIMORE SUN

# Former top Schwarzenegger aide agrees to pay $32,500 in fines for shadow lobbying of state officials

By Patrick McGreevy
Los Angeles Times • Feb 05, 2018 at 6:20 pm

Expand



ENDS SOON! | $1 FOR 6 MONTHS
Memorial Day Sale                    SAVE NOW

Case 3:19-cv-06462-EMC   Document 205   Filed 05/27/22   Page 8 of 13

5/22/22, 1:03 PM                    Former top Schwarzenegger aide agrees to pay $32,500 in fines for shadow lobbying of state officials – Baltimore Sun

Listen to this article

Reporting from Sacramento — Susan Kennedy, the former top aide to Gov. Arnold Schwarzenegger, has agreed to pay $32,500 in fines for shadow lobbying, or advocating for clients before a state agency without registering as a lobbyist, according to documents released Monday.

The state Fair Political Practices Commission's enforcement staff says Kennedy failed to register though she attempted to influence the California Public Utilities Commission from 2012 through 2014 on behalf of her clients, Lyft Inc. and San Gabriel Valley Water Co. Kennedy was paid $201,000 for the lobbying work.

Kennedy served on the California Public Utilities Commission from 2003 to 2006. She was chief of staff to Schwarzenegger from 2007 to 2011 before she became a consultant.

She signed an agreement with the FPPC enforcement staff admitting to the violations of the state Political Reform Act.

"In this case, the violations were serious since the public and other interested parties were not informed of Kennedy's lobbying activity," the agreement says. "While Kennedy maintains she did not intend to qualify as a lobbyist, given her experience and sophistication, she should have been aware at the time that her activity qualified as lobbying."

The agreement and fines are expected to be approved by the Fair Political Practices Commission on Feb. 15.

The panel has been investigating shadow lobbying for years at the state Capitol and has fined others who have tried to secretly influence state government.

The state defines a lobbyist as someone who receives $2,000 or more in a calendar month to communicate directly, or through an agent, with state officials for the purpose of influencing legislative or administrative action. Such people must register as lobbyists with the state and periodically report who is paying them, how much and for what purpose.

≡ THE BALTIMORE SUN  Q                    ENDS SOON!                LOG IN
                                   SALE: Only $1 for 6 Months

No one wants to hear it, but      Early Voting wins 2022      'A magical night': Baltimore-      2022
another COVID wave is here                            Preakness: Live coverage                          area students go big with                  winn
in Maryland                                                                                             fancy clothes and ax-...                    racin

Lyft and other ride-hailing firms including Uber were under the scrutiny of the PUC for operating without its approval at the time, and Lyft agreed to pay a fine of $20,000 for operating without the agency's authority.

After being retained by Lyft, Kennedy contacted CPUC President Michael Peevey, Executive Director Paul Clanon and other staff to convince them that the state should work with the ride-hailing firms, not shut them

ENDS SOON! | $1 FOR 6 MONTHS              SAVE NOW
              Memorial Day Sale

Case 3:19-cv-06462-EMC   Document 205   Filed 05/27/22   Page 9 of 13

5/22/22, 1:03 PM                     Former top Schwarzenegger aide agrees to pay $32,500 in fines for shadow lobbying of state officials – Baltimore Sun

At Kennedy's prodding, the California Public Utilities Commission decided to adopt rules on the new industry regarding liability insurance, driver licensing and background checks, driver training programs and vehicle inspections.

James C. Harrison, an attorney for Kennedy, said she "moved immediately once the discrepancy was identified to provide the necessary information requested by the FPPC. Integrity and character are hallmark principles in how Kennedy conducts herself in business, which is why she is acting swiftly and looks forward to its resolution."



*[ Updates from Sacramento ]*

**3:15 p.m.:** This article was updated to provide total amount of fines and a comment from Kennedy's attorney, James C. Harrison.

*This article was originally posted at 2:20 p.m.*

**San Lorenzo: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**
SUV Deals | Search Ads | Sponsored

**NFL Star Rob Gronkowski's Favorite Shoes**
Wolf & Shepherd | Sponsored

**San Lorenzo: Smart Beds Clearance Sale: See Prices**
New Beds | Search Ads | Sponsored

**Empty Alaska Cruise Cabins Cost Almost Nothing**
Alaska Cruise Deals | sponsored searches | Sponsored

**San Lorenzo: Unsold Barely Driven Cars Huge Clearance Sale: See Prices**
Used Car Deals | Search Ads | Sponsored

**Dogs should eat food, not burnt brown balls.**
The Farmer's Dog | Sponsored

**ENDS SOON!**  | **$1 FOR 6 MONTHS**
Memorial Day Sale                              SAVE NOW

Case 3:19-cv-06462-EMC   Document 205   Filed 05/27/22   Page 10 of 13

5/22/22, 1:03 PM                Former top Schwarzenegger aide agrees to pay $32,500 in fines for shadow lobbying of state officials – Baltimore Sun

Camper Van Warehouse | Search Ads | Sponsored

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

ENDS SOON!   $1 FOR 6 MONTHS
             Memorial Day Sale                    SAVE NOW

Case 3:19-cv-06462-EMC   Document 205   Filed 05/27/22   Page 11 of 13

5/22/22, 1:03 PM                Former top Schwarzenegger aide agrees to pay $32,500 in fines for shadow lobbying of state officials – Baltimore Sun



## LATEST

**HORSE RACING**

Preakness 2022: 'Everything lined up' for Early Voting but what about for the Triple Crown series?

7m



**SPORTS**

Orioles vs. Rays, May 22, 2022 | PHOTOS

19m



**ENDS SOON!** | **$1 FOR 6 MONTHS**
Memorial Day Sale

SAVE NOW

Case 3:19-cv-06462-EMC Document 205 Filed 05/27/22 Page 12 of 13

5/22/22, 1:03 PM                Former top Schwarzenegger aide agrees to pay $32,500 in fines for shadow lobbying of state officials – Baltimore Sun

SPORTS

Coppin State baseball turns promise into reality, winning first MEAC title since 1995 to earn automatic bid to NCAA Regional

27m







ADVERTISEMENT

**Free same day delivery no**

SPONSORED BY BED BATH & BEYOND

## You May Like

**Gwen Stefani's No Makeup Photo: Her Real Face Is Quite Different**
Doctor Report

**Surgeon Reveals How To Fill In Balding Eyebrows**
Beverly Hills MD

**Let's talk stocks—what are they and why would I invest in them?**
Plynk Invest

**Overwater Bungalow Vacations On Clearance**
Vacation Deals | Search Ads

## Sponsored Links by Taboola

Read More

ADVERTISEMENT

**ENDS SOON!**  |  **$1 FOR 6 MONTHS**
Memorial Day Sale

SAVE NOW

Case 3:19-cv-06462-EMC   Document 205   Filed 05/27/22   Page 13 of 13

5/22/22, 1:03 PM                    Former top Schwarzenegger aide agrees to pay $32,500 in fines for shadow lobbying of state officials – Baltimore Sun





Copyright © 2021, Baltimore Sun

**SUBSCRIBE**
Get full access

**ENDS SOON!** | **$1 FOR 6 MONTHS**
Memorial Day Sale                    SAVE NOW