**PROOF OF SERVICE BY MAIL**

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CASE NO. 19-CV-06462-EMC**

FILED
JUL 05 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I, Belinda Kirk declare:

I am a citizen of the United States, a resident of Alameda County, California, and am over 18 years of age. I am not a party to the within entitled action.

My business/residence address is: 1986 Washington Ave, Apt A, San Leandro, CA 94577. On June 30, 2022, I served a copy of the:

1. NOTICE OF MOTION AND MOTION TO DISMISS and MEMORANDUM; REQUEST FOR JUDICIAL NOTICE AND AFFIDAVIT IN SUPPORT
2. Letters to Clerk of the Court

In this action, in United States District Court, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California, 94577, addressed as follows:

Shannon Liss-Riordan
Lichten and Liss-Riordan, P.C.
729 Boylston St.
Suite 2000
Boston, MA 02116

Theane Evangelis
Gibson Dunn Crutcher LLP
333 South Grand Ave.
Los Angeles, CA 90071

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Dated: June 30, 2022

*Belinda Kirk*
BELINDA KIRK

**MOTION TO DISMISS**              1