USPS Priority Mail 1-Day® label

- US POSTAGE PAID: $8.95
- Origin: 94577, 06/30/22
- 1 Lb 5.20 Oz
- EXPECTED DELIVERY DAY: 07/01/22
- SHIP TO: 450 GOLDEN GATE AVE, SAN FRANCISCO CA 94102-3661
- USPS TRACKING® #: 9505 5103 3142 2181 8585 24

U.S. MARSHALS SERVICE

FROM:
SPM
1319 Washington Ave #163
San Leandro, CA 94577

TO:
Clerk of the Court
United States District Court
450 Golden Gate Ave
San Francisco, CA 94102





