S. Patrick Mendel
1319 Washington Ave, #163
San Leandro, CA 94577
Carpartners1@gmail.com
Ph. 415-812-8507

June 29, 2022

Clerk of the Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102



RECEIVED
JUL 05 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**RE: Case 19-06462**

Dear Clerk of the Court,

Enclosed please find two MORE copies of Motions to Dismiss for filing in **Case 19-06462 James v. Uber Technologies, Inc.** 1. Copy for the docket and 1 courtesy copy for Judge Edward Chen.

I previously sent these same pleadings via US Postal Express; please insure that this Motion is docketed on the PACER System.

Please correct the failure to properly docket this Motion to Dismiss on the docket and please include on the docket this Letter and a copy of the previous Letter also enclosed so that the docket reflects all relevant documents for the Court and the public record in this case.

Thank you for your assistance.

_S. Patrick Mendel_
S. Patrick Mendel