UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 19-cv-06462-EMC<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR RESPONSE TO GREYER OBJECTIONS, AND VACATING BRIEFING SCHEDULE FOR MENDEL'S MOTION TO DISMISS**<br><br>Docket Nos. 216, 220 |

In the last few days, Plaintiffs Christopher James, Spencer Verhines, and Kent Hassell (collectively, "Plaintiffs") and class member Patrick S. Mendel submitted filings in advance of the upcoming fairness hearing on July 21, 2022. In the interest of administrative efficiency, the Court will address both filings in a single order.

On June 9, 2022, Plaintiffs moved for final approval of the class action settlement, which the Court had preliminarily approved on April 5, 2022. *See* Docket No. 207 (Motion for Final Approval of Class Settlement); Docket No. 195 (Order Granting Motion for Preliminary Approval). On June 27, 2022, William Greyer submitted objections to the terms of the settlement agreement. *See* Docket No. 210 (Greyer Objections). On July 5, 2022, Patrick S. Mendel filed a motion to dismiss the case based on the *Younger* abstention doctrine. *See* Docket No. 216 (Motion to Dismiss). According to the claims administrator, Mr. Mendel is a settlement class member, but Mr. Greyer is not part of the settlement class. *See* Docket No. 218 (Supplemental Declaration of Christina Fowler regarding Notice and Settlement Administration) ¶ 18.

On July 7, 2022, Plaintiffs filed an unopposed administrative motion for leave to extend

the deadline to respond to the Greyer Objections. Docket No. 220 (Administrative Motion for Extension of Time to Respond to Greyer Objections). In their motion, Plaintiffs assert that Mr. Greyer is not a member of the settlement class, and therefore lacks standing to object. *Id.* at 1. Plaintiffs requested an extension of five days to give Mr. Greyer and his counsel sufficient time to review the information. *Id.* Plaintiffs do not seek to continue the fairness hearing. *Id.*

The Court finds that there is good cause to give Plaintiffs a brief extension of time in which to respond to the Greyer Objections. Plaintiffs' Administrative Motion is **GRANTED**. Plaintiffs may file a Response to the Greyer Objections on or before Tuesday, July 12, 2022. Mr. Greyer may file any Reply by Tuesday, July 19, 2022.

As for Mr. Mendel's motion to dismiss, the Court will construe this motion as an objection to the preliminarily approved settlement agreement. Intervention is governed by Federal Rule of Civil Procedure 24, and it does not appear that Mr. Mendel has addressed or followed its requirements. But as a class member, Mr. Mendel is entitled to object to the preliminarily approved settlement agreement pursuant to Federal Rule of Civil Procedure 23(e)(5). *See* Fed. R. Civ. P. 23(e)(5) ("Any class member may object to the proposal if it requires court approval under this subdivision (e)."). The Court will vacate the motion to dismiss briefing schedule and will consider Mr. Mendel's concerns in the context of the fairness hearing. Plaintiffs may include their response to Mr. Mendel's objections when they respond to the Greyer Objections.

This order disposes of Docket No. 220.

**IT IS SO ORDERED**.

Dated: July 8, 2022

_____
EDWARD M. CHEN
United States District Judge