THE GRAVES FIRM
ALLEN GRAVES (SB#204580)
allen@gravesfirm.com
JACQUELINE TREU (SB#247927)
jacqueline@gravesfirm.com
JENNY YU (SB#253033)
jennyyu@gravesfirm.com
122 N. Baldwin Ave., Main Floor
Sierra Madre, CA 91024
Telephone: (626) 240-0575
Facsimile: (626) 737-7013

Attorneys for Objector
William Greyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher James, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Uber Technologies, Inc.,<br><br>Defendants. | Case No. 3:19-cv-06462-EMC<br><br>**WILLIAM GREYER'S NOTICE OF WITHDRAWAL OF OBJECTION TO CLASS ACTION SETTLEMENT**<br><br>Judge:     Hon. Edward M. Chen<br>Courtroom: 5 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William Greyer hereby withdraws the objection filed on June 27, 2022 to the class action settlement in this matter.

Mr. Greyer reasonably believed that he was a Settlement Class Member as, during the course of his work for Uber and Uber Eats, Mr. Greyer submitted numerous arbitration opt-out notices to Defendants. Mr. Greyer bases the withdrawal of his objection on the following evidence provided by Uber through the declaration of Michael Chan:

- Uber's December 11, 2015 Terms of Service ("TOS") at section 14.1 provides a right to opt out of arbitration when changes are made to the arbitration provisions of the TOS.
- Uber's November 25, 2019 Terms of Service at section 15.2.8 changed the arbitration provisions. Among other things, it removed the right to opt out when there are changes to the arbitration provision.
- Uber attests that Greyer accepted the arbitration agreement on November 27, 2019.
- Uber attests that it did not receive an opt out from Greyer until January 13, 2020 – 17 days after the deadline to opt out from the November 2019 agreement.

As Mr. Greyer does not independently have sufficient information to refute representations by Uber identified above, Mr. Greyer is withdrawing his objection in this matter.

DATED: July 12, 2022            THE GRAVES FIRM

                                By: _____
                                    ALLEN GRAVES
                                Attorney for Objector
                                William Greyer