S. Patrick Mendel
1319 Washington Ave, #163
San Leandro, CA 94577
Carpartners1@gmail.com Ph. 415-812-8507

RECEIVED

2022 JUL 19 P 4: 12

CLERK, US DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER JAMES** et al., individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br><br>vs.<br><br>**UBER TECHNOLOGIES INC.,**<br><br>　　　　　Defendant | CASE NO. 19-CV-06462-EMC<br><br>PLAINTIFF CLASS MEMBER MENDEL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S RESPONSE TO MENDEL'S MOTION TO DISMISS UNDER YOUNGER DOCTRINE;<br><br>**PLAINTIFF REQUESTS ORAL ARGUMENT**<br><br>Hon. Edward M. Chen<br><br>Hearing: July 21, 2022<br>Time: 1:30pm<br>Courtroom 5 |

**PLAINTIFF'S MENDEL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S RESPONSE TO MENDEL'S MOTION TO DISMISS UNDER YOUNGER DOCTRINE**

　　　　**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Evidence, Rule 201, S. Patrick Mendel hereby requests that the Court take Judicial Notice of the following in support of his REPLY to the Plaintiff's Response to Mendel's Motion to Dismiss under the Younger Doctrine:

**REQUEST FOR JUDICIAL NOTICE AND DECLARATION**
　　　　　　　　　　　　**CASE NO. 19-CV-06462**　　　　　　　　　　　　　　　　- 1

**REQUEST #1**

A true and correct copy of the emails between Mendel and the Clerk of this Court describing the Clerk's failure to docket Mendel's Motion to Dismiss as required by the Federal Rules of Civil Procedure, Rule 5(d)(4)

Respectfully submitted;

Dated: July 19, 2022

_____

S. Patrick Mendel



Patrick Archie <carpartners1@gmail.com>

# CASE 19-06264. Motion to Dismiss

6 messages

**carpartners1** <carpartners1@gmail.com>  Mon, Jun 27, 2022 at 9:43 AM
To: EMC CRD <EMCCRD@cand.uscourts.gov>

Dear Clerk of the Court,

I have sent a Motion to Dismiss by Service of Process, but it is not showing on the Pacer Docket for this case. The Post Office has confirmed delivery.

Can you please update me on when the Motion to Dismiss will appear on the docket, as the hearing is scheduled for July 14, and this Motion was due by June 27, 2022.

Thank you for your assistance.

S. Patrick Mendel
Ph. 415-812-8507


Sent from my T-Mobile 5G Device

---

**EMC CRD** <EMCCRD@cand.uscourts.gov>  Tue, Jun 28, 2022 at 5:17 PM
To: carpartners1 <carpartners1@gmail.com>, EMC CRD <EMCCRD@cand.uscourts.gov>

Good Afternoon,


As of today, the motion still does not appear on the docket. What date did the post office confirm delivery?


Best regards,



**Vicky L. Ayala**

Relief Courtroom Deputy to the Honorable Edward M. Chen

United States District Court

Northern District of California

https://cand.uscourts.gov

Office: 415-522-2034

**From:** carpartners1 <carpartners1@gmail.com>
**Sent:** Monday, June 27, 2022 9:43 AM
**To:** EMC CRD <EMCCRD@cand.uscourts.gov>
**Subject:** CASE 19-06264. Motion to Dismiss

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Shawn & Archie** <carpartners1@gmail.com>                                  Tue, Jun 28, 2022 at 6:25 PM
To: EMC CRD <EMCCRD@cand.uscourts.gov>

Hello Ms. Ayala,

I was told it was delivered on June 15, 2022.

I have attached a copy of the motion and a copy of the proof of Service, and according to the post office IF this First Clas mail was undeliverable, they would have sent it back to me.

Please update me on the status ASAP. If I need to send another hard copy, that can be done too.

Thank you for your response.

Respectfully,
S. Patrick Mendel
[Quoted text hidden]

**2 attachments**

📎 **Motion to Dismiss Younger Doctrine.pdf**
455K

📎 **PROOF OF SERVICE Motion to Dismiss BY MAIL.docx**
41K

---

**Shawn & Archie** <carpartners1@gmail.com>                                  Tue, Jun 28, 2022 at 6:27 PM
To: EMC CRD <EMCCRD@cand.uscourts.gov>

Dear Ms. Ayala,

As a followup to my last email, I do not have ready access to PACER system, I have to go to the law library to get access. As I am pro se.

Thank you,

S. Patrick Mendel

On Tue, Jun 28, 2022 at 5:17 PM EMC CRD <EMCCRD@cand.uscourts.gov> wrote:
[Quoted text hidden]

---

**EMC CRD** <EMCCRD@cand.uscourts.gov>                                Thu, Jun 30, 2022 at 9:25 AM
To: Shawn & Archie <carpartners1@gmail.com>, EMC CRD <EMCCRD@cand.uscourts.gov>

Good Morning Mr. Mendel,

I was advised that your motion does not appear on the docket because you are not a party to the case and have not moved to intervene in the case. Non-parties may not move to dismiss the case. You must follow the Federal Rules of Civil Procedure if you seek to intervene in the case.

I hope this information helps.

[Quoted text hidden]

---

**carpartners1** <carpartners1@gmail.com>                              Thu, Jul 7, 2022 at 3:41 PM
To: EMC CRD <EMCCRD@cand.uscourts.gov>, carpartners1@gmail.com

Hello Ms. Ayala,

You say you were advised that I was not a party to the case, please tell me who "advised" you or provided this justification, and please tell me why my motion was not returned to me?

I am confused by your response as I included a declaration with my motion to dismiss which "proves" as a matter of admissible evidence that I am a member of the class action...this proof in all motions I have submitted to this court has not been refuted or disputed by anyone.

Since the only evidence before this Court shows I am a class member and therefore a litigant in this case, I need and require answers to my questions above.

Thank you for your immediate attention and response.

S Patrick Mendel
415-812-8507  cell


Sent from my T-Mobile 5G Device


[Quoted text hidden]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
## CASE No. 19-cv-06462

## DECLARATION

of S. Patrick Mendel, in Support of REPLY to Plaintiff's Response to Mendel's Motion to Dismiss

I, S. Patrick Mendel, declare as follows:

1. I was a driver on the Uber Platform since at least from June 2014 through the present of July 19, 2022

2. I am a member of the *James v. Uber* class action of litigants.

3. I have opted out of every Uber Technologies Inc. attempt to secure my agreement to arbitrate any disputes.

4. I have provided a true and correct copy of the emails provided in my Request for Judicial Notice, Request No. 1, in Support of my Reply to the Plaintiff's Response to my Motion to Dismiss scheduled to be heard on July 21, 2022.

5. I have provided these emails as factual proof of the failure of the Clerk of the Court to file my pleadings as required under Federal Rules of Civil Procedure, Rule 5(d)(4).

6. I am of the opinion and I believe that any person viewing these documents would agree that there is a prejudice being directed at me as a pro se litigant by the Court staff without just cause and denying me my constitutional rights to petition the government for a redress of grievances.

**REQUEST FOR JUDICIAL NOTICE AND DECLARATION**
**CASE NO. 19-CV-06462** - 3

1  I declare under penalty of perjury under the laws of the United States and the State
2  of California that the foregoing is true and correct and that this declaration was
3  executed, at 1986 Washington Ave, San Leandro, CA, on March 6, 2019.

DATE: July 19, 2022

Signature: _____
                     S. Patrick Mendel

Address: 1986 Washington Street, San Leandro, CA 94577

**REQUEST FOR JUDICIAL NOTICE AND DECLARATION**
**CASE NO. 19-CV-06462**                                                                 - 4