UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 19-cv-06462-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 227 |

On July 5, 2022, S. Patrick Mendel, a settlement class member who is proceeding *pro se*, moved to dismiss the case on the basis of the *Younger* abstention doctrine. Docket No. 216. The Court exercised its discretion to construe Mr. Mendel's motion to dismiss as objections to the class settlement and considered the merits of his arguments. Docket No. 221.

On July 21, 2022, during the hearing on the motion for final approval of the class settlement, the Court explained that it was overruling Mr. Mendel's objections because, for the reasons stated on the record, *Younger* abstention does not apply. Docket No. 227. The Court indicated during the hearing that it would require Mr. Mendel to show cause why he should not be required to post a bond as a condition of appealing the Order and Final Judgment. *Id.*

On July 26, 2022, the Court ordered Mr. Mendel to show cause why the Court should not require an appeal bond, should Mr. Mendel wish to pursue his objections on appeal. Docket No. 227. Mr. Mendel's response to the Order was due by or before August 3, 2022. *Id.* To date, the Court has not received a response to its Order. In the event that Mr. Mendel did not receive notice of the Court's previous Order to Show Cause, the Court will give Mr. Mendel another opportunity to respond.

The Court hereby orders Mr. Mendel to show cause why he should not be required to post a bond as a condition of appealing this Order and Final Judgment. In his response, Mr. Mendel shall indicate: (1) his financial ability to post bond; (2) the risk that he would not pay the costs if the appeal loses; and (3) an assessment of the likelihood that he will lose the appeal and be subject to costs. *Schulken v. Washington Mut. Bank*, No. 09-cv-02708-LHK, 2013 WL 1345716, at *4 (N.D. Cal. Apr. 2, 2013); *Fleury v. Richemont N. Am., Inc.,* No. 05-cv-4525-EMC, 2008 WL 4680033, at *7 (N.D. Cal. Oct. 21, 2008).  The Clerk of Court is directed to mail a copy of the instant order to Mr. Mendel.

Mr. Mendel's response is due by **August 22, 2022**.  Plaintiffs will then have fourteen days from the date of his submission to respond.  No further briefing will be allowed without express permission from the Court.

**IT IS SO ORDERED**.

Dated: August 8, 2022

_____
EDWARD M. CHEN
United States District Judge

2