UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES INC., <br><br> Defendant. | Case No. 19-cv-06462-EMC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Docket No. 207 |

Currently pending before the Court is Plaintiffs' Motion for Final Approval of Class Action Settlement and Release. Docket No. 207. The background, procedural history, and Settlement terms were summarized in the Court's Order Granting Preliminary Approval of Class Settlement, familiarity with which is presumed. *See* Docket No. 195 ("Preliminary Approval Order"). In brief, the $8,435,800 million class settlement resolves wage and hour claims related to Uber Technologies, Inc.'s alleged misclassification of 1,329 California drivers as independent contractors. *See* Docket No. 189-4 ("Settlement Agreement").

Following the Court's Preliminary Approval Order, notice has been sent to the Class via the Court's approved notice program, and the Class has had an opportunity to respond. Having considered the Parties' briefs and accompanying submissions, comments from the Class, and oral argument at the hearing on these matters, for the reasons stated in granting preliminary approval and for the reasons stated at the hearing, the Court **GRANTS** the motion.

Accordingly, the Court hereby orders, adjudges, finds, and decrees as follows:

1. The Court hereby **CERTIFIES** the Settlement Class and **GRANTS** the Motion for Final Approval of the Settlement. The Court fully and finally approves the Settlement in the form

1 contemplated by the Settlement Agreement (Docket No. 189-4) and finds its terms to be fair, reasonable, and adequate within the meaning of Federal Rule of Civil Procedure 23.  The Court directs the consummation of the Settlement pursuant to the terms and conditions of the Settlement Agreement.

2. The Court **CONFIRMS** its previous appointment of the law firm of Lichten & Liss-Riordan, P.C. as Class Counsel.

3. The Court **CONFIRMS** the appointment of Christopher James, Spencer Verhines, and Kent Hassell as Representatives of the Settlement Class.  The Court finds that the Class Representatives have adequately represented the Settlement Class for purposes of entering into and implementing the Settlement.

4. The Court **CONFIRMS** its previous appointment of Simpluris as the Settlement Administrator.

5. The Court **GRANTS** Class Counsel's request for attorneys' fees and costs, and **AWARDS** Class Counsel $2,108,950 to be paid exclusively from the Total Settlement Amount, as defined in the Settlement Agreement. The Court finds that the requested fee award comports with the applicable law and is justified by the circumstances of this case.

6. The Court **AWARDS** service awards to the Class Representatives of $10,000 each, to be paid pursuant to the Settlement Agreement.

7. The Court **ORDERS** that $33,000 be paid from the Total Settlement Amount to the Settlement Administrator for unreimbursed expenses relating to notice and administration of the Settlement.

8. The Court hereby discharges and releases the Released Claims as to the Released Parties, as those terms are used and defined in the Settlement Agreement.  These claims are dismissed with prejudice and without costs.

9. The Court hereby permanently bars and enjoins the institution and prosecution by Named Plaintiffs and any Settlement Class Member of any other action against the Released Parties in any court or other forum asserting any of the Released Claims, as those terms are used and defined in the Settlement Agreement.

10. The Court reserves jurisdiction over the Named Plaintiffs, the Settlement Class, and Defendant as to all matters concerning the administration, consummation, and enforcement of the Settlement Agreement.

This order disposes of Docket No. 207.

**IT IS SO ORDERED**.

Dated: August 9, 2022

_____
EDWARD M. CHEN
United States District Judge