FILED

AUG 23 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED

2022 AUG 23 P 3: 36

CLERK, US DISTRICT COURT
NO. DIST. OF CA.

S. Patrick Mendel
1319 Washington Ave, #168
San Leandro, CA  94577
Carpartners1@gmail.comPh. 415-812-8507

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER JAMES** et al., individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>**UBER TECHNOLOGIES INC.,**<br><br>Defendant | **CASE NO. 19-CV-06462-EMC**<br><br>PLAINTIFF CLASS MEMBER MENDEL'S REQUEST FOR JUDICIAL NOTICE AND DECLARATION IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO DISQUALIFY 28 USC §455(a);<br><br>**PLAINTIFF REQUESTS ORAL ARGUMENT**<br><br>Hon. Edward M. Chen<br><br>Hearing: TBD<br>Time: TBD<br>Courtroom 5 |

**PLAINTIFF'S MENDEL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO DISQUALIFY OR RECUSE**

     **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Evidence, Rule 201, S. Patrick Mendel hereby requests that the Court take Judicial Notice of the following in support of his RESPONSE TO THE Court's ORDER TO SHOW CAUSE and Mendel's MOTION TO DISQUALIFY OR RECUSE:

REQUEST FOR JUDICIAL NOTICE  19-06462               - 1

**REQUEST #1**

Pages 1-18 are the emails Mr. Mendel received from the settlement administrator advising him he is a member of the class action entitled James v. Uber.

**REQUEST #2**

A true and correct copy of the emails between Mendel and the Clerks and Deputies of this Court from June 27 through July 7, 2022, describing the Clerk's and Deputies failures to docket Mendel's Motion to Dismiss as required by the Federal Rules of Civil Procedure, Rule 5(d)(4)

**REQUEST #3**

A true and correct copy of the ORDER of the Ninth Circuit Court of Appeals, granting Mr. Mendel In Forma Pauperis status, filed on September 15th, 2021, and still in effect as Mendel appeals to the U.S. Supreme Court.

## VERIFICATION AND DECLARATION OF MENDEL

I, S. Patrick Mendel, declare;

1. I S. Patrick Mendel am a member of the class of the class action entitled James v. Uber.
2. I believe that I cannot get a fair hearing of my complaint and grievances before the Honorable Edward M. Chen because of the constant and repeated failure of this judicial officer and his staff to respect and provide me with due process.
3. I believe the action I describe of the judicial officer and his staff show a documented disregard of my rights to due process, to be served and timely notified of proceedings to actions I have a right to bring before the federal courts and to protect my rights to justice under the US Constitution.
4. I have read and reviewed and provided the foregoing documents in 3 Requests listed above and provided with this Request for Judicial Notice.

**REQUEST FOR JUDICIAL NOTICE  19-06462**          **- 2**

5.  I know of my personal knowledge the documents presented are true and correct copies of the originals and that the foregoing is true and correct and the documents are actual copies of the originals.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed, at 1986 Washington Ave, San Leandro, CA, on August 22, 2022.

DATED:  August 22, 2022

Signature:     _____

S. Patrick Mendel

 Gmail                                    **Shawn Mendel <carpartners2@gmail.com>**

---

## James v. Uber - Important Notification
1 message

---

**casesupport@simpluris.com** <casesupport@simpluris.com>          Fri, Sep 10, 2021 at 3:37 PM
Reply-To: casesupport@simpluris.com
To: carpartners2@gmail.com

**<u>United States District Court for the Northern District of California</u>**

**If you have used the Uber App as a driver, a class action lawsuit may affect your rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

Please read the following email, which contains important information regarding your legal rights and options in a lawsuit that has been filed against Uber Technologies, Inc. ("Uber") by two drivers who have used the Uber App (the "App") on behalf of a class of drivers who have used the App to drive passengers in California between February 28, 2019 and December 16, 2020 ("class period"), and who validly opted out of Uber's arbitration agreement. The lawsuit is called *James et al v. Uber Technologies Inc.*, Case No. 19-cv-06462-EMC, and it is pending in the U.S. District Court for the Northern District of California.

The plaintiffs in the lawsuit allege that they and other drivers in California should be classified as employees, and that Uber has therefore violated sections of the California Labor Code by not reimbursing drivers for certain expenses and by failing to provide compliant itemized wage statements to drivers. The Court has certified a class to pursue the reimbursement claim (as to vehicle-related and phone expenses, but not other expenses) and the wage statement claim, which include the misclassification question (i.e., whether drivers are or are not Uber's employees).

The Court has not decided whether Uber has done anything wrong or whether drivers who use the App are Uber's employees. Plaintiffs' lawyers must still prove the claims against Uber. There is no money available now and no guarantee that there will be.

As you may be a member of the class, you have a choice to make now. By doing nothing, you will remain a member of the class and be bound by any judgment that you are or are not an employee of Uber and keep the possibility of getting money or benefits that may come from a judgment or a settlement. But, you give up any rights to sue Uber separately about the same legal claims in this lawsuit.

If you ask to be excluded you will not be bound by any judgment that you are or are not an employee of Uber and, if money or benefits are later awarded, you won't share in those. But, you keep any rights to sue Uber separately about the same and related legal claims in this

lawsuit, including any claims for additional expenses that are not being pursued by Plaintiffs in this case.

To ask to be excluded from the lawsuit, you must act before **November 9, 2021**. To exclude yourself from the lawsuit, you may email **jamesvuberlawsuit@simpluris.com**.

Any questions? Visit **www.jamesvuber.com**. Additional information is also available in the full notice which is attached as a PDF and can be accessed here.

*SIMID: 663*

Simpluris, Inc. | Class Action Settlement Administration

 **Gmail**                                          **Shawn Mendel <carpartners2@gmail.com>**

## James v. Uber - Important Notification
2 messages

**James v Uber** <jamesvuber@simpluris.com>                                    Tue, Apr 26, 2022 at 3:00 PM
Reply-To: James v Uber <jamesvuber@simpluris.com>
To: carpartners2@gmail.com

<u>**Legal Notice**</u>

**Claimant ID : 880 | Control Number: QRUQ68**

**If you used the Uber Rides Application as a Driver in California between February 28, 2019 and December 16, 2020 or the Uber EATS Application between June 28, 2016 or October 7, 2021, and you are not bound by Uber's arbitration clause because you validly opted out of arbitration, you could get a payment from a class action settlement**

.

<u>**Para una notificación en español, visitar nuestro website, www.jamesvuber.com**</u>

A proposed settlement has been reached in two class action lawsuits filed against Uber Technologies, Inc. by drivers who have used the Uber App or Uber EATS App in California and have opted out of Uber's arbitration clause. Under the proposed settlement, Uber has agreed to create a settlement fund. If you qualify, you may submit a claim to get benefits, or you can exclude yourself from the settlement, or object to it. The United States District Court for the Northern District of California authorized this notice. Before any money is paid, the Court will hold a hearing to decide whether to approve the settlement.

### Who's Included?

You are a Settlement Class Member and could get benefits if you are a driver who used the Uber Rides App in California between February 28, 2019, and December 16, 2020 or if you are a driver who used the Uber EATS App between June 28, 2016 and October 7, 2021, and you are not bound by Uber's arbitration clause.

### What's This About?

Two class action lawsuits claim that Uber violated various laws and regulations by classifying drivers in California as independent contractors rather than employees. Uber denies these claims. The Court did not decide who was right, but both sides in these lawsuits agreed to a settlement.

### What Does the Settlement Provide?

Uber will pay $8,435,800 into a settlement fund that will be paid out to drivers who are Settlement Class Members. **Assuming a 100% claims rate, and after accounting for deductions for attorneys' fees, administration costs, and service awards, the average settlement share per claiming settlement class member will be approximately $4,750.**

## How Do You Ask for a Payment?

The attached notice package contains all the information you need. To qualify for a payment, you must submit a claim by June 27, 2022. Be sure that your Claimant ID and Control Number (provided below) is on the Claim Form. To submit a claim electronically, **click on this link**, or go to **www.jamesvuber.com .** If you enter the website to submit your Claim Form, your Claimant ID and Control Number will be automatically entered. You should be able to submit a Claim Form in under five minutes. **Class Members are encouraged, but are not required, to submit their Claim Forms through the website** :

Claimant ID: 880

Control Number: QRUQ68

## What Are Your Other Options?

If you don't want to be legally bound by the settlement, you must exclude yourself by June 27, 2022, or you won't be able to sue, or continue to sue, Uber about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. If you stay in the settlement, you can ask the Court to deny approval by filing or submitting an objection by June 27, 2022. The full notice package explains how to exclude yourself or object. The Court will hold a hearing on this settlement on July 14, 2022, to consider whether to approve the settlement and a request by the lawyers representing all Settlement Class Members (Lichten & Liss-Riordan, P.C. of Boston, MA) for up to 25% of the settlement fund for fees and costs for investigating the facts, litigating the case, and negotiating the settlement. You may ask to appear at the hearing, but you don't have to. For more information, visit the website or call the number below, or write to Uber Class Action Settlement, Settlement Administrator, c/o Simpluris. You can also contact class counsel by emailing uberlawsuit@llrlaw.com.

You can also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue San Francisco, CA 94102-3489 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

---

**QUESTIONS? VISIT WWW.JAMESVUBER.COM OR CALL (888) 427-9230**

---

Attachments:

File: Notice (Click to Download)
File: Claim Form (Click to Download)

*SIMID: 880*

Gmail - James v. Uber - Important Notification

Simpluris, Inc. | Class Action Settlement Administration

---

**carpartners2** <carpartners2@gmail.com>                                      Sun, May 22, 2022 at 7:51 PM
To: carpartners1@gmail.com

Sent from my T-Mobile 5G Device
[Quoted text hidden]

[Quoted text hidden]

"https://pb05lv6f.r.us-west-2.awstrack.me/L0/https:%2F%
2Fdocs.simpluris.com%2F6435%2Fnotice-bd6828590a263c462fb1523e1a1605
1d3488126174e.pdf/1/0101018067e3b4d7-aee5951a-950d-4cc5-94ab-bfed1d8eba2a-
000000/ArYD7a2D5jZUHz2W9mVaam3uORY=269">Notice (Click to Download)
"https://pb05lv6f.r.us-west-2.awstrack.me/L0/https:%2F%
2Fdocs.simpluris.com%2F6435%2Fclaimform-bd6828590a263c462fb1523e1a1605
1d3488126174e.pdf/1/0101018067e3b4d7-aee5951a-950d-4cc5-94ab-bfed1d8eba2a-
000000/-LEE5bIqA9I7D7mSbrXgPjG4RV0=269">Claim Form (Click to Download)

*SIMID: 880*

Simpluris, Inc. | Class Action Settlement Administration

 **Gmail**                                      **Shawn Mendel <carpartners2@gmail.com>**

## James v. Uber - Important Notification Reminder
1 message

**James v Uber** <jamesvuber@simpluris.com>                          Fri, May 27, 2022 at 1:54 PM
Reply-To: James v Uber <jamesvuber@simpluris.com>
To: carpartners2@gmail.com

### Claimant ID :880 | Control Number: QRUQ68

**In order to participate in the Class Settlement described below, please click on this link to file a claim.**

YOU MUST COMPLETE AND SUBMIT A CLAIM NO LATER THAN <u>JUNE 27, 2022</u>, OR YOU WILL RECEIVE NO MONEY FROM THE SETTLEMENT.

<u>Para una notificación en español, visitar nuestro website, www.jamesvuber.com</u>

A proposed settlement has been reached in two class action lawsuits filed against Uber Technologies, Inc. by drivers who have used the Uber App or Uber EATS App in California and have opted out of Uber's arbitration clause. Under the proposed settlement, Uber has agreed to create a settlement fund. If you qualify, you may submit a claim to get benefits, or you can exclude yourself from the settlement, or object to it. The United States District Court for the Northern District of California authorized this notice. Before any money is paid, the Court will hold a hearing to decide whether to approve the settlement.

### Who's Included?

You are a Settlement Class Member and could get benefits if you are a driver who used the Uber Rides App in California between February 28, 2019, and December 16, 2020 or if you are a driver who used the Uber EATS App between June 28, 2016 and October 7, 2021, and you are not bound by Uber's arbitration clause.

### What's This About?

Two class action lawsuits claim that Uber violated various laws and regulations by classifying drivers in California as independent contractors rather than employees. Uber denies these claims. The Court did not decide who was right, but both sides in these lawsuits agreed to a settlement.

### What Does the Settlement Provide?

Uber will pay $8,435,800 into a settlement fund that will be paid out to drivers who are Settlement Class Members. Assuming a 100% claims rate, and after accounting for

deductions for attorneys' fees, administration costs, and service awards, the average settlement share per claiming settlement class member will be approximately $4,750.

### How Do You Ask for a Payment?

The attached notice package contains all the information you need. To qualify for a payment, you must submit a claim by June 27, 2022. Be sure that your Claimant ID and Control Number (provided below) is on the Claim Form. To submit a claim electronically, **click on this link**, or go to **www.jamesvuber.com** . If you enter the website to submit your Claim Form, your Claimant ID and Control Number will be automatically entered. You should be able to submit a Claim Form in under five minutes. **Class Members are encouraged, but are not required, to submit their Claim Forms through the website** :

Claimant ID: 880

Control Number: QRUQ68

### What Are Your Other Options?

If you don't want to be legally bound by the settlement, you must exclude yourself by June 27, 2022, or you won't be able to sue, or continue to sue, Uber about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. If you stay in the settlement, you can ask the Court to deny approval by filing or submitting an objection by June 27, 2022. The full notice package explains how to exclude yourself or object. The Court will hold a hearing on this settlement on July 14, 2022, to consider whether to approve the settlement and a request by the lawyers representing all Settlement Class Members (Lichten & Liss-Riordan, P.C. of Boston, MA) for up to 25% of the settlement fund for fees and costs for investigating the facts, litigating the case, and negotiating the settlement. You may ask to appear at the hearing, but you don't have to. For more information, visit the website or call the number below, or write to Uber Class Action Settlement, Settlement Administrator, P.O. Box 26170, Santa Ana, CA 92799. You can also contact class counsel by emailing uberlawsuit@llrlaw.com.

You can also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue San Francisco, CA 94102-3489 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

---

**QUESTIONS? VISIT WWW.JAMESVUBER.COM OR CALL (888) 427-9230**

---

Attachments:

    File: Notice (Click to Download)
    File: Claim Form (Click to Download)

*SIMID: 880*

Gmail - James v. Uber - Important Notification Reminder

Simpluris, Inc. | Class Action Settlement Administration



**Shawn Mendel <carpartners2@gmail.com>**

## James v. Uber - Important Notification Reminder

1 message

**James v Uber** <jamesvuber@simpluris.com>                          Mon, Jun 6, 2022 at 12:06 PM
Reply-To: James v Uber <jamesvuber@simpluris.com>
To: carpartners2@gmail.com

Claimant ID :880 | Control Number: QRUQ68

**In order to participate in the Class Settlement described below, please click on this
link to file a claim.**

YOU MUST COMPLETE AND SUBMIT A CLAIM NO LATER THAN <u>JUNE 27, 2022,</u> OR
YOU WILL RECEIVE NO MONEY FROM THE SETTLEMENT.

<u>Para una notificación en español, visitar nuestro website, www.jamesvuber.com</u>

A proposed settlement has been reached in two class action lawsuits filed against Uber
Technologies, Inc. by drivers who have used the Uber App or Uber EATS App in California
and have opted out of Uber's arbitration clause. Under the proposed settlement, Uber has
agreed to create a settlement fund. If you qualify, you may submit a claim to get benefits, or
you can exclude yourself from the settlement, or object to it. The United States District Court
for the Northern District of California authorized this notice. Before any money is paid, the
Court will hold a hearing to decide whether to approve the settlement.

### Who's Included?

You are a Settlement Class Member and could get benefits if you are a driver who used the
Uber Rides App in California between February 28, 2019, and December 16, 2020 or if you
are a driver who used the Uber EATS App between June 28, 2016 and October 7, 2021, and
you are not bound by Uber's arbitration clause.

### What's This About?

Two class action lawsuits claim that Uber violated various laws and regulations by classifying
drivers in California as independent contractors rather than employees. Uber denies these
claims. The Court did not decide who was right, but both sides in these lawsuits agreed to a
settlement.

### What Does the Settlement Provide?

Uber will pay $8,435,800 into a settlement fund that will be paid out to drivers who are
Settlement Class Members. Assuming a 100% claims rate, and after accounting for

Gmail - James v. Uber - Important Notification Reminder

deductions for attorneys' fees, administration costs, and service awards, the average settlement share per claiming settlement class member will be approximately $4,750.

### How Do You Ask for a Payment?

The attached notice package contains all the information you need. To qualify for a payment, you must submit a claim by June 27, 2022. Be sure that your Claimant ID and Control Number (provided below) is on the Claim Form. To submit a claim electronically, **click on this link**, or go to **www.jamesvuber.com .** If you enter the website to submit your Claim Form, your Claimant ID and Control Number will be automatically entered. You should be able to submit a Claim Form in under five minutes. **Class Members are encouraged, but are not required, to submit their Claim Forms through the website** :

Claimant ID: 880

Control Number: QRUQ68

### What Are Your Other Options?

If you don't want to be legally bound by the settlement, you must exclude yourself by June 27, 2022, or you won't be able to sue, or continue to sue, Uber about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. If you stay in the settlement, you can ask the Court to deny approval by filing or submitting an objection by June 27, 2022. The full notice package explains how to exclude yourself or object. The Court will hold a hearing on this settlement on July 14, 2022, to consider whether to approve the settlement and a request by the lawyers representing all Settlement Class Members (Lichten & Liss-Riordan, P.C. of Boston, MA) for up to 25% of the settlement fund for fees and costs for investigating the facts, litigating the case, and negotiating the settlement. You may ask to appear at the hearing, but you don't have to. For more information, visit the website or call the number below, or write to Uber Class Action Settlement, Settlement Administrator, P.O. Box 26170, Santa Ana, CA 92799. You can also contact class counsel by emailing uberlawsuit@llrlaw.com.

You can also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue San Francisco, CA 94102-3489 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

---

**QUESTIONS? VISIT WWW.JAMESVUBER.COM OR CALL (888) 427-9230**

---

Attachments:

File: Notice (Click to Download)
File: Claim Form (Click to Download)

*SIMID: 880*

Gmail - James v. Uber - Important Notification Reminder

Simpluris, Inc. | Class Action Settlement Administration



**Shawn Mendel <carpartners2@gmail.com>**

---

## James v. Uber - Important Notification Reminder
1 message

---

**James v Uber** <jamesvuber@simpluris.com>                    Mon, Jun 13, 2022 at 8:25 AM
Reply-To: James v Uber <jamesvuber@simpluris.com>
To: carpartners2@gmail.com

---

### Claimant ID :880 | Control Number: QRUQ68

**In order to participate in the Class Settlement described below, please click on this link to file a claim.**

**YOU MUST COMPLETE AND SUBMIT A CLAIM NO LATER THAN <u>JUNE 27, 2022</u>, OR YOU WILL RECEIVE NO MONEY FROM THE SETTLEMENT.**

**<u>Para una notificación en español, visitar nuestro website, www.jamesvuber.com</u>**

A proposed settlement has been reached in two class action lawsuits filed against Uber Technologies, Inc. by drivers who have used the Uber App or Uber EATS App in California and have opted out of Uber's arbitration clause. Under the proposed settlement, Uber has agreed to create a settlement fund. If you qualify, you may submit a claim to get benefits, or you can exclude yourself from the settlement, or object to it. The United States District Court for the Northern District of California authorized this notice. Before any money is paid, the Court will hold a hearing to decide whether to approve the settlement.

### Who's Included?

You are a Settlement Class Member and could get benefits if you are a driver who used the Uber Rides App in California between February 28, 2019, and December 16, 2020 or if you are a driver who used the Uber EATS App between June 28, 2016 and October 7, 2021, and you are not bound by Uber's arbitration clause.

### What's This About?

Two class action lawsuits claim that Uber violated various laws and regulations by classifying drivers in California as independent contractors rather than employees. Uber denies these claims. The Court did not decide who was right, but both sides in these lawsuits agreed to a settlement.

### What Does the Settlement Provide?

Uber will pay $8,435,800 into a settlement fund that will be paid out to drivers who are Settlement Class Members. Assuming a 100% claims rate, and after accounting for

deductions for attorneys' fees, administration costs, and service awards, the average settlement share per claiming settlement class member will be approximately $4,750.

### How Do You Ask for a Payment?

The attached notice package contains all the information you need. To qualify for a payment, you must submit a claim by June 27, 2022. Be sure that your Claimant ID and Control Number (provided below) is on the Claim Form. To submit a claim electronically, **click on this link**, or go to **www.jamesvuber.com .** If you enter the website to submit your Claim Form, your Claimant ID and Control Number will be automatically entered. You should be able to submit a Claim Form in under five minutes. **Class Members are encouraged, but are not required, to submit their Claim Forms through the website** :

Claimant ID: 880

Control Number: QRUQ68

### What Are Your Other Options?

If you don't want to be legally bound by the settlement, you must exclude yourself by June 27, 2022, or you won't be able to sue, or continue to sue, Uber about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. If you stay in the settlement, you can ask the Court to deny approval by filing or submitting an objection by June 27, 2022. The full notice package explains how to exclude yourself or object. The Court will hold a hearing on this settlement on July 14, 2022, to consider whether to approve the settlement and a request by the lawyers representing all Settlement Class Members (Lichten & Liss-Riordan, P.C. of Boston, MA) for up to 25% of the settlement fund for fees and costs for investigating the facts, litigating the case, and negotiating the settlement. You may ask to appear at the hearing, but you don't have to. For more information, visit the website or call the number below, or write to Uber Class Action Settlement, Settlement Administrator, P.O. Box 26170, Santa Ana, CA 92799. You can also contact class counsel by emailing uberlawsuit@llrlaw.com.

You can also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue San Francisco, CA 94102-3489 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

---

| QUESTIONS? VISIT WWW.JAMESVUBER.COM OR CALL (888) 427-9230 |
| --- |

Attachments:

    File: Notice (Click to Download)
    File: Claim Form (Click to Download)

*SIMID: 880*

Simpluris, Inc. | Class Action Settlement Administration

 Gmail

**Shawn Mendel <carpartners2@gmail.com>**

---

## James v. Uber - Important Notification Reminder
1 message

---

**James v Uber** <jamesvuber@simpluris.com>                    Mon, Jun 20, 2022 at 7:35 AM
Reply-To: James v Uber <jamesvuber@simpluris.com>
To: carpartners2@gmail.com

Claimant ID :880 | Control Number: QRUQ68

**In order to participate in the Class Settlement described below, please click on this link to file a claim.**

YOU MUST COMPLETE AND SUBMIT A CLAIM NO LATER THAN <u>JUNE 27, 2022</u>, OR YOU WILL RECEIVE NO MONEY FROM THE SETTLEMENT.

<u>Para una notificación en español, visitar nuestro website, www.jamesvuber.com</u>

A proposed settlement has been reached in two class action lawsuits filed against Uber Technologies, Inc. by drivers who have used the Uber App or Uber EATS App in California and have opted out of Uber's arbitration clause. Under the proposed settlement, Uber has agreed to create a settlement fund. If you qualify, you may submit a claim to get benefits, or you can exclude yourself from the settlement, or object to it. The United States District Court for the Northern District of California authorized this notice. Before any money is paid, the Court will hold a hearing to decide whether to approve the settlement.

### Who's Included?

You are a Settlement Class Member and could get benefits if you are a driver who used the Uber Rides App in California between February 28, 2019, and December 16, 2020 or if you are a driver who used the Uber EATS App between June 28, 2016 and October 7, 2021, and you are not bound by Uber's arbitration clause.

### What's This About?

Two class action lawsuits claim that Uber violated various laws and regulations by classifying drivers in California as independent contractors rather than employees. Uber denies these claims. The Court did not decide who was right, but both sides in these lawsuits agreed to a settlement.

### What Does the Settlement Provide?

Uber will pay $8,435,800 into a settlement fund that will be paid out to drivers who are Settlement Class Members. Assuming a 100% claims rate, and after accounting for

deductions for attorneys' fees, administration costs, and service awards, the average settlement share per claiming settlement class member will be approximately $4,750.

### How Do You Ask for a Payment?

The attached notice package contains all the information you need. To qualify for a payment, you must submit a claim by June 27, 2022. Be sure that your Claimant ID and Control Number (provided below) is on the Claim Form. To submit a claim electronically, **click on this link**, or go to **www.jamesvuber.com** . If you enter the website to submit your Claim Form, your Claimant ID and Control Number will be automatically entered. You should be able to submit a Claim Form in under five minutes. **Class Members are encouraged, but are not required, to submit their Claim Forms through the website** :

Claimant ID: 880

Control Number: QRUQ68

### What Are Your Other Options?

If you don't want to be legally bound by the settlement, you must exclude yourself by June 27, 2022, or you won't be able to sue, or continue to sue, Uber about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. If you stay in the settlement, you can ask the Court to deny approval by filing or submitting an objection by June 27, 2022. The full notice package explains how to exclude yourself or object. The Court will hold a hearing on this settlement on July 14, 2022, to consider whether to approve the settlement and a request by the lawyers representing all Settlement Class Members (Lichten & Liss-Riordan, P.C. of Boston, MA) for up to 25% of the settlement fund for fees and costs for investigating the facts, litigating the case, and negotiating the settlement. You may ask to appear at the hearing, but you don't have to. For more information, visit the website or call the number below, or write to Uber Class Action Settlement, Settlement Administrator, P.O. Box 26170, Santa Ana, CA 92799. You can also contact class counsel by emailing uberlawsuit@llrlaw.com.

You can also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue San Francisco, CA 94102-3489 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

---

**QUESTIONS? VISIT WWW.JAMESVUBER.COM OR CALL (888) 427-9230**

---

Attachments:

    File: Notice (Click to Download)

    File: Claim Form (Click to Download)

*SIMID: 880*

Gmail - James v. Uber - Important Notification Reminder

Simpluris, Inc. | Class Action Settlement Administration

 **Gmail**                                                    **Patrick Archie <carpartners1@gmail.com>**

## CASE 19-06264. Motion to Dismiss
6 messages

**carpartners1** <carpartners1@gmail.com>                              Mon, Jun 27, 2022 at 9:43 AM
To: EMC CRD <EMCCRD@cand.uscourts.gov>

Dear Clerk of the Court,

I have sent a Motion to Dismiss by Service of Process, but it is not showing on the Pacer Docket for this case. The Post Office has confirmed delivery.

Can you please update me on when the Motion to Dismiss will appear on the docket, as the hearing is scheduled for July 14, and this Motion was due by June 27, 2022.

Thank you for your assistance.

S. Patrick Mendel
Ph. 415-812-8507

Sent from my T-Mobile 5G Device

---

**EMC CRD** <EMCCRD@cand.uscourts.gov>                              Tue, Jun 28, 2022 at 5:17 PM
To: carpartners1 <carpartners1@gmail.com>, EMC CRD <EMCCRD@cand.uscourts.gov>

Good Afternoon,

As of today, the motion still does not appear on the docket. What date did the post office confirm delivery?

Best regards,

          **Vicky L. Ayala**

Relief Courtroom Deputy to the Honorable Edward M. Chen

United States District Court

Northern District of California

https://cand.uscourts.gov

Office: 415-522-2034

**From:** carpartners1 <carpartners1@gmail.com>
**Sent:** Monday, June 27, 2022 9:43 AM
**To:** EMC CRD <EMCCRD@cand.uscourts.gov>
**Subject:** CASE 19-06264. Motion to Dismiss

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Shawn & Archie** <carpartners1@gmail.com>         Tue, Jun 28, 2022 at 6:25 PM
To: EMC CRD <EMCCRD@cand.uscourts.gov>

Hello Ms. Ayala,

I was told it was delivered on June 15, 2022.

I have attached a copy of the motion and a copy of the proof of Service, and according to the post office IF this First Clas mail was undeliverable, they would have sent it back to me.

Please update me on the status ASAP. If I need to send another hard copy, that can be done too.

Thank you for your response.

Respectfully,
S. Patrick Mendel
[Quoted text hidden]

**2 attachments**

 **Motion to Dismiss Younger Doctrine.pdf**
455K

 **PROOF OF SERVICE Motion to Dismiss BY MAIL.docx**
41K

---

**Shawn & Archie** <carpartners1@gmail.com>         Tue, Jun 28, 2022 at 6:27 PM
To: EMC CRD <EMCCRD@cand.uscourts.gov>

Dear Ms. Ayala,

As a followup to my last email, I do not have ready access to PACER system, I have to go to the law library to get access. As I am pro se.

Thank you,

S. Patrick Mendel

On Tue, Jun 28, 2022 at 5:17 PM EMC CRD <EMCCRD@cand.uscourts.gov> wrote:
[Quoted text hidden]

---

**EMC CRD** <EMCCRD@cand.uscourts.gov>                          Thu, Jun 30, 2022 at 9:25 AM
To: Shawn & Archie <carpartners1@gmail.com>, EMC CRD <EMCCRD@cand.uscourts.gov>

Good Morning Mr. Mendel,

I was advised that your motion does not appear on the docket because you are not a party to the case and have not moved to intervene in the case.  Non-parties may not move to dismiss the case.  You must follow the Federal Rules of Civil Procedure if you seek to intervene in the case.

I hope this information helps.

[Quoted text hidden]

---

**carpartners1** <carpartners1@gmail.com>                          Thu, Jul 7, 2022 at 3:41 PM
To: EMC CRD <EMCCRD@cand.uscourts.gov>, carpartners1@gmail.com

Hello Ms. Ayala,

You say you were advised that I was not a party to the case, please tell me who "advised" you or provided this justification,  and please tell me why my motion was not returned to me?

I am confused by your response as I included a declaration with my motion to dismiss which "proves" as a matter of admissible evidence that I am a member of the class action...this proof in all motions I have submitted to this court has not been refuted or disputed by anyone.

Since the only evidence before this Court shows I am a class member and therefore a litigant in this case, I need and require answers to my questions above.

Thank you for your immediate attention and response.

S Patrick Mendel
415-812-8507  cell

Sent from my T-Mobile 5G Device

[Quoted text hidden]

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| S. PATRICK MENDEL, | No.  21-15910 |
| Plaintiff-Appellant, | D.C. No. 4:19-cv-03244-JST |
| v. | Northern District of California, Oakland |
| LIANE RANDOLPH, in her individual and official capacity as Commissioner, California Public Utilities Commission; et al., | ORDER |
| Defendants-Appellees, | |
| and | |
| ELAINE L. CHAO, in her official capacity as U.S. Secretary of Transportation; et al., | |
| Defendants. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The record reflects that the district court has denied the post-judgment motion and that an amended notice of appeal has been filed to include the order denying the post-judgment motion.  The notice of appeal is so amended and this appeal will proceed.

The motion to proceed in forma pauperis (Docket Entry No. 3) is granted. The Clerk will update the docket to reflect this status.

AT/MOATT

The opening brief is due October 1, 2021.  The answering brief is due November 1, 2021.  The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record.  *See* 9th Cir. R. 30-1.3.  If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *Id.*