UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES, et al., <br> Plaintiffs, <br> v. <br> UBER TECHNOLOGIES INC., <br> Defendant. | Case No. 19-cv-06462-EMC <br><br> **JUDGMENT** |

On August 9, 2022, the Court issued its Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (*see* Order, Docket No. 234). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in accordance with the terms of the August 9, 2022 Order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: October 10, 2022

_____
EDWARD M. CHEN
United States District Judge